**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| **ATEN INTERNATIONAL CO., LTD.**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**UNICLASS TECHNOLOGY CO., LTD., ELECTRONIC TECHNOLOGY CO., LTD. OF DONGGUAN UNICLASS, AIRLINK 101, PHOEBE MICRO INC., and BROADTECH INTERNATIONAL CO., LTD. D/B/A LINKSKEY,**<br><br>**Defendants.** | **CASE NO. 4:14-cv-00515**<br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFF ATEN INTERNATIONAL CO., LTD.'S**
**CORPORATE DISCLOSURE STATEMENT PURSUANT TO F.R.C.P. 7.1**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff ATEN International Co., Ltd. hereby advises the Court that it a publicly traded corporation in Taiwan, R.O.C. ATEN International has no parent corporation and there is no publicly held corporation that owns 10% or more of its stock.

Dated: August 6, 2014

Respectfully submitted,

FISH & RICHARDSON P.C.

By: */s/ Jane J. Du*

Jane J. Du
Texas Bar No. 24076355
du@fr.com
FISH & RICHARDSON P.C.
1717 Main Street
Dallas, TX 75201
(214) 747-5070 - Telephone
(214) 747-2091 - Facsimile

Of Counsel:

Christopher R. Dillon (MA BBO #640896)
Whitney R. Reichel (MA BBO #663599)
Andrew G. Pearson (MA BBO #688709)
FISH & RICHARDSON P.C.
One Marina Park Drive
Boston, MA 02210-1878
(617) 542-5070 - Telephone
(617) 542-8906 - Facsimile

Counsel for Plaintiff
ATEN INTERNATIONAL CO., LTD.

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on August 6, 2014 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Jane J. Du*
Jane J. Du