# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| ATEN INTERNATIONAL CO., LTD., § | |
| § | |
| V. § | CASE NO. 4:14-CV-515 |
| § | Judge Clark/Judge Mazzant |
| UNICLASS TECHNOLOGY CO., LTD., § | |
| ELECTRONIC TECHNOLOGY CO., LTD. § | |
| OF DONGGUAN UNICLASS AIRLINK § | |
| 101, PHOEBE MICRO INC., and § | |
| BROADTECH INTERNATIONAL CO., LTD. § | |
| D/B/A LINKSKEY § | |

## ORDER GRANTING MOTION TO TRANSFER VENUE

Having considered Plaintiff ATEN International Co., Ltd.'s ("ATEN") motion to transfer venue, and finding good cause shown, such motion is hereby **GRANTED**.  It is clear from the pleadings filed on August 6, 2014, that this case was intended to be filed in the Marshall Division of the Eastern District of Texas, and due to a clerical error was inadvertently filed in the Sherman Division.  Thus, the Court will transfer the case to the Marshall Division, which is the division where this proceeding should have originally been filed.

The clerk is directed to transfer the above-captioned action from the Sherman Division to the Marshall Division of the Eastern District of Texas.

**IT IS SO ORDERED**.

SIGNED this 8th day of August, 2014.

_____
AMOS L. MAZZANT
UNITED STATES MAGISTRATE JUDGE