**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| **ATEN INTERNATIONAL CO., LTD.,**<br><br>Plaintiff,<br><br>v.<br><br>**UNICLASS TECHNOLOGY CO., LTD., ELECTRONIC TECHNOLOGY CO., LTD. OF DONGGUAN UNICLASS, AIRLINK 101, PHOEBE MICRO INC., and BROADTECH INTERNATIONAL CO., LTD. D/B/A LINKSKEY,**<br><br>Defendants. | **Civil Action No. 2:-14-CV-00852-JRG**<br><br>**JURY TRIAL DEMANDED** |

**ORDER GRANTING ATEN INTERNATIONAL CO., LTD.'S**
**MOTION FOR ISSUANCE OF**
**INTERNATIONAL LETTER OF REQUEST (LETTER ROGATORY)**

On this day, the Court considered Plaintiff ATEN International Co. Ltd.'s ("ATEN") Motion for Issuance of International Letter of Request (the "Letter Rogatory"). After careful consideration, the Court finds that ATEN's Motion should be, and hereby is, GRANTED.

The Clerk of the Court is directed to return the original Letter Rogatory, exemplified pursuant to Form AO 132, hand-signed, and sealed by the Court, to Plaintiff for forwarding to the United States Department of State, Office of the American Citizen Service.

**So ORDERED and SIGNED this 8th day of October, 2014.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE