**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| ATEN INTERNATION CO., LTD. | § | |
| | § | |
| v. | § | Case No. 2:14-CV-852-JRG |
| | § | (LEAD) |
| UNICLASS TECHNOLOGY CO., LTD., | § | |
| ET AL | § | |

**ORDER APPOINTING MEDIATOR**

IT IS ORDERED that Hon. David Folsom, Jackson Walker, L.L.P., 6004 Summerfield Drive, Texarkana, Texas 75503, telephone number 903-255-3251, fax number 903-255-3266, and email dfolsom@jw.com, is hereby appointed as mediator in the above referenced case. The Court designates plaintiff's counsel to be responsible for timely contacting the mediator and defendant's counsel to coordinate a date for the mediation. Mediation shall be completed by the date set forth in the Docket Control Order.

Mediation shall be governed by the Court-Annexed Mediation Plan, found at: http://www.txed.uscourts.gov/page1.shtml?location=mediation. In particular and without limitation, the Mediation Plan requires the presence at the mediation conference of all parties, corporate representatives, and any other required claims professionals (e.g., insurance adjusters, etc.) with full authority to negotiate a settlement. Exceptions to this requirement may be made only by the presiding judge in writing.

**So ORDERED and SIGNED this 10th day of November, 2014.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE