**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ATEN International Co., Ltd. PLAINTIFF(S) v. Uniclass Technology Co., Ltd., et al. DEFENDANT(S). | CASE NUMBER CV 15-4424 PA (AJWx) |
| | **ORDER TO TRANSFER PATENT CASE TO THE PATENT PILOT PROGRAM** |

IT IS HEREBY ORDERED that the above-entitled case be transferred to the Patent Pilot Program pursuant to General Order 11-11 for all further proceedings.

June 12, 2015
Date

United States District Judge / Magistrate Judge

## NOTICE TO COUNSEL FROM CLERK

This case has been reassigned to Judge Beverly Reid O'Connell for all further proceedings. On all documents subsequently filed in this case, please substitute the initials BRO after the case number, so that the case number will read CV15-04424 BRO (AJWx). This is very important because documents are routed to the assigned judge by means of these initials.

cc: [X] *Previous Judge*