**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ATEN International Co., Ltd., | CASE NUMBER |
| v. | CV15-04424 BRO (AJWx) |
| PLAINTIFF(S) | |
| Uniclass Technology Co., Ltd. et al., | **ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 14-03 (RELATED CASES)** |
| DEFENDANT(S). | |

## CONSENT

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to General Order 14-03.

June 30, 2015
_____
Date

Andrew J. Guilford
_____
United States District Judge

## DECLINATION

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth:

_____

_____

_____

_____

_____          _____
Date                                United States District Judge

## REASON FOR TRANSFER AS INDICATED BY COUNSEL

Case   SACV09-00843 AG (MLGx)   and the present case:

☐   A.   Arise from the same or closely related transactions, happenings or events; or

☑   B.   Call for determination of the same or substantially related or similar questions of law and fact; or

☐   C.   For other reasons would entail substantial duplication of labor if heard by different judges; or

☐   D.   Involve one or more defendants from the criminal case in common, and would entail substantial duplication of labor if heard by different judges (applicable only on civil forfeiture action).

## NOTICE TO COUNSEL FROM CLERK

Pursuant to the above transfer, any discovery matters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge _____N/A_____ to Magistrate Judge _____N/A_____ .

On all documents subsequently filed in this case, please substitute the initials __AG (AJWx)__ after the case number in place of the initials of the prior judge, so that the case number will read ___CV15-04424 AG (AJWx)___ . This is very important because the documents are routed to the assigned judges by means of these initials

cc:  ☑ *Previous Judge*    ☐ *Statistics Clerk*

CV-34 (03/15)                **ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 14-03  (Related Cases)**