cc: ADR

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATEN INTERNATIONAL CO., LTD.,<br>Plaintiff,<br><br>v.<br><br>UNICLASS TECHNOLOGY CO., LTD., et. al.<br>Defendants | Case No.: 2:15-cv-04424-AJG-AJW<br><br>ORDER RE: ADR Selection: Procedure No. 2<br><br>Judge: Hon. Andrew J. Guilford |

In view of the parties' Stipulation Re ADR Selection, the Court hereby FINDS and ORDERS that:

1. The parties are ordered to proceed with ADR Procedure No. 2, per Local Rule 16 and make their selection from the available Panel Members.

2. After parties obtaining the consent of the selected ADR Panel Member, parties shall file the Stipulation Regarding Selection of Mediator (ADR-02) form within fifteen (15) days of this order.

3. If no ADR-02 form is filed by the parties re an agreed Panel Member to host the ADR proceeding, or if the parties do not make their joint selection of a Panel Member, the ADR program shall assign a mediator from the Panel with expertise in the area of law indicated and parties shall proceed accordingly.

4. The deadline to conduct mediation is two months after claim construction ruling, as set forth in Minute Order, ECF Docket No. 116.

SO ORDERED.

DATED: September 23, 2015

____________________________

Hon. Andrew J. Guilford