**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

ATEN INTERNATIONAL CO., LTD.,

Plaintiff,

v.

UNICLASS TECHNOLOGY CO., LTD., et. al.

Defendant.

Case No. 2:15-cv-04424-AG-AJW

**ORDER GRANTING SELECTION OF PANEL MEDIATOR**

The Court having read and considered the stipulation and proposed order submitted by the parties regarding the selection of panel mediator. Based on the information provided in the stipulation, good cause is shown for the Court to ORDER William Thomson may serve as the Panel Mediator in the above-captioned case.

IT IS SO ORDERED.

DATED: October 29, 2015

The Honorable Andrew J. Guilford
United States District Judge