UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 15-04424-AG (AJWx) | Date | April 7, 2016 |
| Title | ATEN INTERNATIONAL CO. v. UNICLASS TECHNOLOGY ET AL. | | |

Present: The Honorable ANDREW J. GUILFORD

| Lisa Bredahl | Not Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|

**Proceedings:** **[IN CHAMBERS] ORDER CONTINUING HEARING ON CLAIM CONSTRUCTION**

On the Court's own Motion, and for reasons of calendar management, the Court CONTINUES the hearing on the motion currently set for Tuesday, April 12, 2016, at 8:30 a.m. to Wednesday, April 27, 2016, at 2:00 p.m.

: 0

Initials of Preparer lmb