Jen-Feng Lee, SBN 204328 (jflee@ltpacificlaw.com)
Kenneth K. Tanji, Jr., SBN 162273 (ktanji@ltpacificlaw.com)
LT PACIFIC LAW GROUP, LLP
17800 Castleton Street, #560
City of Industry, CA 91748
T: 626-810-7200
F: 626-810-7300

Robert Aycock (Admitted Pro Hac Vice) (raycock@padrm.com)
Joseph G. Pia (Admitted Pro Hac Vice) (joe.pia@padrm.com)
PIA ANDERSON DORIUS REYNARD & MOSS
222 South Main Street, Suite 1830
Salt Lake City, UT 84101
Telephone: (801) 350-9000
Facsimile: (801) 350-9010

Attorneys for Defendants
UNICLASS TECHNOLOGY CO. LTD., ET AL

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ATEN TECHNOLOGY, CO. LTD.<br><br>Plaintiff,<br><br>vs.<br><br>UNICLASS TECHNOLOGY CO., LTD., et al.<br><br>Defendants. | No. 2:15-cv-04424-BRO-AJW<br><br>**JOINT STIPULATION TO MODIFY CASE SCHEDULE**<br><br>Hon. Andrew Guilford |

Plaintiff ATEN International Co., Ltd., ("Plaintiff") and Defendants Uniclass Technology Co., Ltd., et al., ("Defendants") respectfully submit this stipulation, subject to the Court's approval, modifying the current schedule (Dkt. No. 166) as follows:

1. Parties have leave to take fact depositions during the week of August 28, 2016.

2. Plaintiff's opening expert reports shall be due September 8, 2016.

3. Defendants' opening expert reports shall be due September 30, 2016.

4. Plaintiff's rebuttal expert reports shall be due October 19, 2016.

The Parties note that the above-referenced dates would not alter the current deadline for rebuttal expert reports. (The current deadline is not expressly identified in any Order, but may be calculated based on the time periods set forth in the existing Orders, *see* Dkt. No. 166.) The parties seek extensions only as to interim dates that would not impact the schedule for expert discovery, summary judgment motions and/or trial. As a result, neither those dates nor any other dates are affected by this stipulation and requested Order.

Good cause exists for this requested limited modification of pretrial schedule. Aten's disclosed technical expert, Charles Narad, recently passed away. Aten has had to retain a new expert, which necessitates the additional time requested.

Dated: July 27, 2016

DEVLIN LAW FIRM LLC

/s/ Michael A. Siem
Timothy Devlin
Michael A. Siem

*Attorneys for Plaintiff*
*ATEN International Co., LTD.*

PIA ANDERSON DORIUS
REYNARD & MOSS

*/s/Robert Aycock*
Robert Aycock

*Attorney for Defendant*
*Uniclass Technology Co., Ltd.; Electronic Technology Com., Ltd., Airlink 101, Phoebe Micro Inc., Broadtech International Co., Ltd. d/b/a Linksey, Black Box Corporation, and Black Box Corporation of Pennsylvania*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on July 27, 2016 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

/s/Robert Aycock___________
Robert Aycock