William E. Thomson, Jr.
601 S. Figueroa Street, Suite 2080
Los Angeles, CA 90017
(213) 629-7524

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATEN International Co., Ltd.<br><br>Plaintiff(s)<br>v.<br><br>Uniclass Technology Co.<br><br>Defendant(s). | CASE NUMBER<br><br>2:15-cv-04424-AG-AJW<br><br><br>**MEDIATION REPORT** |

***Instructions:** The mediator must file this Report within 5 days after the conclusion of a mediation session even if the negotiations continue. If the case later settles with the assistance of the mediator, the mediator must file a subsequent Report.*

1. ☑ A mediation was held on (date): 8 June 2016 .

   ☐ A mediation did not take place because the case settled before the session occurred.

2. The individual parties and their respective trial counsel, designated corporate representatives, and/or representatives of the party's insurer:
   - ☑ Appeared as required by Civil L.R. 16-15.5(b).
   - ☐ Did not appear as required by Civil L.R. 16-15.5(b).
     - ☐ Plaintiff or plaintiff's representative failed to appear.
     - ☐ Defendant or defendant's representative failed to appear.
     - ☐ Other:

3. Did the case settle?
   - ☐ Yes, fully, on _____ (date).
   - ☐ Yes, partially, and further facilitated discussions are expected. *(See No. 4 below.)*
   - ☐ Yes, partially, and further facilitated discussions are **not** expected.
   - ☐ No, and further facilitated discussions are expected. *(See No. 4 below.)*
   - ☑ No, and further facilitated discussions are **not** expected.

4. If further facilitated discussions are expected, by what date will you check in with the parties?

   _____.

Dated: 4 August 2016

*/s/ William E. Thomson Jr.*
Signature of Mediator

William E. Thomson, Jr.
Name of Mediator (print)

The Mediator is to electronically file original document.