Timothy Devlin (admitted pro hac vice)
Michael A. Siem (admitted pro hac vice)
Devlin Law Firm LLC
1306 N. Broom Street, 1st Floor
Wilmington, DE 19806
Telephone: (302) 449-9010
Facsimile: (302) 353-4251
Email: tdevlin@devlinlawfirm.com
msiem@devlinlawfirm.com

Seth W. Wiener (CSN 203747)
Law Offices of Seth W. Wiener
609 Karina Court
San Ramon, CA 94582
Telephone: (925) 487-5607
Email: sethwiener@yahoo.com

Attorneys for Plaintiff
ATEN INTERNATIONAL CO., LTD.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| ATEN TECHNOLOGY, CO. LTD.<br><br>Plaintiff,<br><br>vs.<br><br>UNICLASS TECHNOLOGY CO., LTD., et al.<br><br>Defendants. | Case No. 2:15-cv-04424-AJG-AJW<br><br>**JOINT STIPULATION TO MODIFY CASE SCHEDULE**<br><br>Judge: Hon. Andrew Guilford |

Plaintiff ATEN International Co., Ltd., ("Plaintiff") and Defendants Uniclass Technology Co., Ltd., et al., ("Defendants") respectfully submit this stipulation, subject to the Court's approval, modifying the current schedule (Dkt. No. 165) as follows:

| EVENT | ORIGINAL DEADLINE | AS MODIFIED IN PRIOR REQUESTED STIPULATION[1] | PROPOSED DATE CHANGES |
|---|---|---|---|
| Plaintiff's opening technical and damages report | 8/24/2016 | 9/8/2016 | 11/1/2016 |
| Defendants' rebuttal expert reports and opening invalidity report | 9/21/2016 | 9/30/2016 | 12/13/2016 |
| Plaintiff's rebuttal expert reports | 10/19/2016 | 10/19/2016 | 1/10/2017 |
| Expert discovery completed | 11/16/2016 | No change requested | 1/31/2017 |
| Dispositive motion cutoff | 12/7/2016 | No change requested | 2/10/2017 |
| Final pretrial date, or at the Court's convenience | 1/9/2017 | No change requested | 3/13/2017 |
| Trial, or at the Court's convenience | 1/17/2017 | No change requested | 3/20/2017 |

Fact discovery is closed in the case. The requested date changes relate to expert reports, expert discovery, any resulting dispositive motions, and trial to be set at an opportunity that will permit adequate consideration of dispositive motions.

In compliance with Hon. Judge Guilford's policy on continuances, the parties hereby state:

## I. GOOD CAUSE EXISTS PURSUANT TO THE COURT'S PROCEDURES UNDER PARAGRAPH 6 FOR MODIFICATION OF THE SCHEDULE, INCLUDING TRIAL.

The Court's procedures are met where (1) all of the parties agree to the continuance; (2) the nature of prior requested continuances and the rulings would not impair the request; (3) the parties have outlined above the requested dates and the presently scheduled dates; (4) the parties have identified a suggested trial date, and defer to the Court's calendar for

[1] On July 27, 2016, the parties filed a Joint Stipulation for Extension of Time to File Expert Reports [Dkt. No. 229] that has not yet been granted.

rescheduling; (5) the parties have identified other dates that will be affected; (6) there is good cause for the modification. *See* Declaration of Michael A. Siem in support of Joint Stipulation to Modify Case Schedule ("Siem Decl.").

**1. All Parties agree to the continuance.**

All parties agree to the continuance for the reasons set forth below. Siem Decl. ¶ 5.

**2. Prior Requests for Continuances**

On July 27, 2016, the parties filed a Joint Stipulation for Extension of Time to File Expert Reports [Dkt. No. 229]. This request has not yet been granted. Siem Decl. ¶ 6. The parties have made other interim requests for extensions of time to file certain pleadings, briefs or oppositions to briefs primarily related to counsel and party scheduling conflicts that were granted. *See* Dkt. Nos. 153, 177, 188, 199, 204.

**3. Requested Dates and Presently Scheduled Dates**

The parties have outlined the requested dates and presently scheduled dates in the table above.

**4. The Scheduled Trial Date**

The currently scheduled trial date is January 17, 2017. The suggested new date for trial is March 20, 2017 or at the Court's convenience.

**5. Any Other Dates that Will Be Affected**

As explained above, the dates that will be affected are the deadlines for expert reports, expert discovery, dispositive motions, and trial.

**6. Good Cause**

Aten's disclosed technical expert, Charles Narad, recently passed away. Aten has had to retain a new expert, which necessitates the additional time requested and additional unanticipated discovery. Siem Decl. ¶ 7. Additionally, there was a typhoon in Taiwan that has impacted the ability of counsel to work with the primary parties. Siem Decl. ¶ 8.

Dated: October 12, 2016

DEVLIN LAW FIRM LLC

/s/ *Michael A. Siem*
Timothy Devlin
Michael A. Siem

*Attorneys for Plaintiff*
*ATEN International Co., Ltd..*

PIA ANDERSON
MOSS & HOYT

*/s/Robert Aycock**
Robert Aycock

*Attorney for Defendant*
*Uniclass Technology Co., Ltd.;*
*Electronic Technology Com., Ltd.,*
*Airlink 101, Phoebe Micro Inc.,*
*Broadtech International Co., Ltd. d/b/a*
*Linksey, Black Box Corporation, and*
*Black Box Corporation of Pennsylvania*

* All signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing. (L.R. 5-4.3.4 (a)(2)(i).

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on October 12, 2016 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

/s/ *Michael A. Siem*
Michael A. Siem