Timothy Devlin (admitted pro hac vice)
Michael A. Siem (admitted pro hac vice)
Devlin Law Firm LLC
1306 N. Broom Street, 1st Floor
Wilmington, DE 19806
Telephone: (302) 449-9010
Facsimile: (302) 353-4251
Email: tdevlin@devlinlawfirm.com
      msiem@devlinlawfirm.com

Seth W. Wiener (California State Bar No. 203747)
Law Offices of Seth W. Wiener
9107 Wilshire Boulevard, Suite 450
Beverly Hills, CA 90210
Telephone: (925) 487-5607
Email: sethwiener@yahoo.com

Attorneys for Plaintiff
ATEN INTERNATIONAL CO., LTD.

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ATEN INTERNATIONAL CO., LTD.,<br><br>Plaintiff,<br><br>vs.<br><br>UNICLASS TECHNOLOGY CO., LTD., et al.,<br><br>Defendants. | Case No. 2:15-cv-04424-AJG-AJW<br><br>DECLARATION OF MICHAEL A. SIEM IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON ATEN'S LOST PROFITS DAMAGES<br><br>Judge: Hon. Andrew Guilford |

## DECLARATION OF MICHAEL A. SIEM

I, Michael A. Siem, declare as follows:

1. I am an attorney licensed to practice law in the state and federal courts of New York. I am a partner at Devlin Law Firm LLC and am counsel of record for Plaintiff ATEN International Co., LTD. in the above-captioned case.

2. Attached hereto as **Exhibit A** is a true and correct copy of excerpts of the September 2, 2016 deposition of Chung Hsien Chen.

3. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 21, 2017 in Brooklyn, NY.

/s/ Michael A. Siem