| | |
|---|---|
| 1 | Jen-Feng Lee, SBN 204328 (jflee@ltpacificlaw.com) |
| 2 | Kenneth K. Tanji, Jr., SBN 162273 (ktanji@ltpacificlaw.com) |
|   | LT PACIFIC LAW GROUP, LLP |
| 3 | 17800 Castleton Street, #560 |
| 4 | City of Industry, CA 91748 |
|   | T: 626-810-7200 |
| 5 | F: 626-810-7300 |

Robert Aycock (Admitted Pro Hac Vice) (raycock@pa-law.com)
Joseph G. Pia (Admitted Pro Hac Vice) (joe.pia@pa-law.com)
PIA ANDERSON MOSS HOYT
136 East South Temple, Suite 1900
Salt Lake City, UT 84111
Telephone: (801) 350-9000
Facsimile: (801) 350-9010

Attorneys for Defendants
UNICLASS TECHNOLOGY CO. LTD., ET AL

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| ATEN TECHNOLOGY, CO. LTD. | No. 2:15-cv-04424-BRO-AJW |
|---|---|
| Plaintiff, | **DEFENDANTS' NOTICE OF MOTION AND MOTION IN LIMINE TO EXCLUDE THE EXPERT OPINION AND TESTIMONY OF JEFFREY SNELL** |
| vs. | |
| UNICLASS TECHNOLOGY CO., LTD., et al. | *[filed concurrently with Memorandum of Points and Authorities]* |
| Defendants. | Hearing Date: March 13, 2017<br>Hearing Time: 10:00 a.m.<br>Courtroom: 10D<br>Judge: Hon. Andrew Guilford |

**PLEASE TAKE NOTICE THAT** on March 13, 2017 at 10:00 a.m., or as soon thereafter as the matter may be heard, before the Honorable Andrew Guilford, United State District Court Judge, in Courtroom 10D of the above-entitled Court, Defendants Uniclass Technology Co., Ltd., *et al.* ("Uniclass") will and hereby does move, pursuant to Federal Rule of Evidence 702 and related case law, to exclude testimony of Jeffery Snell, ATEN's damages expert.

This motion is based upon this notice of motion and motion, the attached memorandum of points and authorities, the declarations and other evidence filed concurrently herewith, the pleadings and other records on file in this action, and on such further evidence and arguments as the Court may consider at or before the hearing on this motion. This motion is made following the conference of counsel pursuant to Local Rule 7-3, which took place in multiple email correspondence and calls by at least February 15, 2015, as set forth in the concurrently filed Declaration of Joseph G. Pia ("Pia Decl.").

Dated: February 27, 2017          Respectfully submitted,

/s/ Joseph G. Pia
Robert E. Aycock
Joseph G. Pia
Jen-Feng "Jeff" Lee
Attorney for Defendants
UNICLASS TECHNOLOGY CO., LTD.,
ELECTRONIC TECHNOLOGY CO.,
LTD. OF DONGGUAN UNICLASS,
AIRLINK 101, PHOEBE MICRO INC.,
BROADTECH INTERNATIONAL CO.,
LTD. D/B/A/ LINKSKEY, BLACK BOX
CORPORATION, and BLACK BOX
CORPORATION OF PENNSYLVANIA