Jen-Feng Lee, SBN 204328 (jflee@ltpacificlaw.com)
Kenneth K. Tanji, Jr., SBN 162273 (ktanji@ltpacificlaw.com)
LT PACIFIC LAW GROUP, LLP
17800 Castleton Street, #560
City of Industry, CA 91748
T: 626-810-7200
F: 626-810-7300

Robert Aycock (Admitted Pro Hac Vice) (raycock@pa-law.com)
Joseph G. Pia (Admitted Pro Hac Vice) (joe.pia@pa-law.com)
PIA ANDERSON MOSS HOYT
136 East South Temple, Suite 1900
Salt Lake City, UT 84111
Telephone: (801) 350-9000
Facsimile: (801) 350-9010

Attorneys for Defendants
UNICLASS TECHNOLOGY CO. LTD., ET AL

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATEN TECHNOLOGY, CO. LTD.<br><br>Plaintiff,<br><br>vs.<br><br>UNICLASS TECHNOLOGY CO., LTD., et al.<br><br>Defendants. | No. 2:15-cv-04424-BRO-AJW<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION TO EXCLUDE EXPERT OPINIONS AND TESTIMONY**<br><br>*[filed concurrently with Memorandum of Points and Authorities for Summary Judgment, Declaration of Joseph G. Pia and [Proposed] Order]*<br><br>Hearing Date: March 13, 2017<br>Hearing Time: 10:00 a.m.<br>Courtroom: 10D<br>Judge: Hon. Andrew Guilford |

1  **PLEASE TAKE NOTICE THAT** on March 13, 2017 at 10:00 a.m., or as soon thereafter as the matter may be heard, before the Honorable Andrew Guilford, United State District Court Judge, in Courtroom 10D of the above-entitled Court, Defendants Uniclass Technology Co., Ltd., *et al.* ("Uniclass") will and hereby does move *in limine*, pursuant to Federal Rule of Evidence 702 and related case law, to exclude Plaintiff Aten International Co., Ltd's ("Aten") Opening Expert Report of Dr. Tal Lavian, Regarding Infringement, as well as all expert opinion testimony from Dr. Lavian concerning the infringement of all asserted claims (1-20) of U.S. Patent No. 7,640,289 (the "'289 Patent"), claims 1, 5, and 6 of U.S. Patent No. 6,957,287 (the "'287 Patent"), claims 1-4 of U.S. Patent No. 7,472,217 (the "'217 Patent"), and claims 1-17 and 26-27 of U.S. Pat. No. 8,589,141 (the "'141 Patent"). Dr. Lavian's proffered testimony is technical in nature. However, Dr. Lavian has failed to apply reliable scientific principles and methods in his analyses, or base his analyses upon sufficient evidence that will help the Court or jury in this case to understand the evidence or to determine the facts in issue in this case. Therefore, Dr. Lavian's opinions cannot withstand the scrutiny of Federal Rules of Evidence Rule 702 and should be excluded from being presented at trial.

This motion is based upon this notice of motion and motion, the attached memorandum of points and authorities, the declarations and other evidence filed concurrently herewith, the pleadings and other records on file in this action, and on such further evidence and arguments as the Court may consider at or before the hearing on this motion. This motion is made following the conference of counsel pursuant to Local Rule 7-3, which took place on February 1, 2015, during the parties L.R. 16.2 meeting regarding the Final Pretrial Conference.

Dated: February 27, 2017            Respectfully submitted,

/s/ Joseph G. Pia

1

| | |
|---|---|
| 1 | Robert E. Aycock |
| 2 | Joseph G. Pia |
| | Jen-Feng "Jeff" Lee |
| 3 | Attorney for Defendants |
| 4 | UNICLASS TECHNOLOGY CO., LTD., |
| | ELECTRONIC TECHNOLOGY CO., |
| 5 | LTD. OF DONGGUAN UNICLASS, |
| 6 | AIRLINK 101, PHOEBE MICRO INC., |
| | BROADTECH INTERNATIONAL CO., |
| 7 | LTD. D/B/A/ LINKSKEY, BLACK BOX |
| 8 | CORPORATION, and BLACK BOX |
| | CORPORATION OF PENNSYLVANIA |