Manni Li (SBN 273984)
Email: mli@meimark.com
Mei & Mark LLP
433 North Camden Drive, Suite 400
Beverly Hills, CA 90210
Telephone: 888-860-5678 ext. 713
Facsimile: 310-564-2769

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

ATEN INTERNATIONAL CO., LTD., a Taiwanese Corporation

Plaintiff(s)

V.

UNICLASS TECHNOLOGY CO., LTD., a Taiwanese Corporation, *et al.*

Defendant(s).

CASE NUMBER

2:15-cv-04424-AG-AJW

## ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Riley, Philip Andrew
*Applicant's Name (Last Name, First Name & Middle Initial*

888-860-5678
*Telephone Number*

888-706-1173
*Fax Number*

ariley@meimark.com
*E-Mail Address*

of

Mei & Mark LLP
818 18th Street NW, Suite 410
Washington, DC 20006-3506
*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

ATEN INTERNATIONAL CO., LTD.

*Name(s) of Party(ies) Represent* ☑ *Plaintiff(s)* ☐ *Defendant(s)* ☐ *Other:*

**and designating as Local Counsel**

Li, Manni
*Designee's Name (Last Name, First Name & Middle Initial*

273984
*Designee's Cal. Bar No.*

888-860-5678
*Telephone Number*

3105642769
*Fax Number*

mli@meimark.com
*E-Mail Address*

of

Mei & Mark LLP
433 North Camden Drive Suite 400
Beverly Hills, CA 90210
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

X GRANTED

☐ DENIED:
- ☐ for failure to pay the required fee.
- ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
- ☐ for failure to complete Application:
- ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
- ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
- ☐ because

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:**

**Dated: April 3, 2017**

**U.S. District Judge Andrew J Guilford**