Jen-Feng Lee, SBN 204328 (jflee@ltpacificlaw.com)
Kenneth K. Tanji, Jr., SBN 162273 (ktanji@ltpacificlaw.com)
LT PACIFIC LAW GROUP, LLP
17800 Castleton Street, #560
City of Industry, CA 91748
T: 626-810-7200
F: 626-810-7300

Robert Aycock (Admitted Pro Hac Vice) (raycock@pa-law.com)
Joseph G. Pia (Admitted Pro Hac Vice) (joe.pia@pa-law.com)
PIA ANDERSON MOSS HOYT
136 East South Temple, Suite 1900
Salt Lake City, UT 84111
Telephone: (801) 350-9000
Facsimile: (801) 350-9010

Attorneys for Defendants
UNICLASS TECHNOLOGY CO. LTD., ET AL

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATEN TECHNOLOGY, CO. LTD.<br><br>Plaintiff,<br><br>vs.<br><br>UNICLASS TECHNOLOGY CO., LTD., et al.<br><br>Defendants. | No. 2:15-cv-04424-BRO-AJW<br><br>**DEFENDANT'S WITNESS LIST PURSUANT TO L.R. 16-5**<br><br>Final Pre-Trial: June 5, 2017<br>Hearing Time: 9:30 A.M.<br>Courtroom: 10D<br>Judge: Hon. Andrew Guilford<br>Trial Date: June 20, 2017 |

TO THE COURT, DEFENDANTS, AND ITS ATTORNEYS OF RECORD:

Pursuant to Local Rule 16-5 and Federal Rule of Civil Procedure 26(a)(3)(A) Defendants Uniclass Technology Co., Ltd., Electronic Technology Co., Ltd. of Dongguan Uniclass, Airlink 101, Phoebe Micro Inc., Broadtech International Co., Ltd. D/B/A/ Linkskey, Black Box Corporation, and Black Box Corporation Of Pennsylvania ("Defendants"), by and through undersigned counsel, expects to call the following as witnesses at trial in this matter:

### 1. Alex Kuan

Mr. Alex Kuan is the President of Uniclass. Defendants intend to call Mr. Kuan to testify regarding the licensing history between Uniclass and Aten and financial matters regarding damages.

### 2. Ted Chen

Mr. Ted Chen is the vice president of the R&D Department at Uniclass. Defendants intend to call Mr. Chen to testify regarding the structure and functionality of the accused products.

### 3. Robert Dezmelyk

Robert Dezmelyk is Defendants technical expert. Mr. Dezmelyk will testify, consistent with his expert reports, regarding non-infringement and/or invalidity of Aten's patents.

### 4. Scott Cragun

Scott Cragun is Defendants damages expert. Mr. Cragun will testify, consistent with his expert report, regarding Aten's claims for damages.

### 5. David Vong

Mr. David Vong is a purchaser of the prior art LKV-248AUSK product Aten has accused of infringing all claims of the '141 Patent. Defendants intend to call Mr. Vong as to this purchase and use of the LKV-248AUSK prior art product, consistent with his declaration produced in this case.

### 6. Kevin Chen

Mr. Kevin Chen is the CEO of Aten. He is also a listed inventor on the 7,640,289, 7,472,271 and 6,957,287 patents. Defendants intend to call Mr. Chen to

1

testify regarding Aten's prior art products, as well matters regarding licensing this technology to Uniclass. In addition, Mr. Chen will testify about the KVM market, the KVM OEM market, including competitors, and Aten's OEM sales

### 7. Chen Chung Hsien ("C.H. Chen")

Mr. C.H. Chen is the head of Aten's OEM department. Defendants intend to call Mr. Chen to testify regarding the OEM market for KVM switches, as well as to rebut Aten's pricing of the products that it claims compete directly with Defendants' accused products.

### 8. Chao Hsuan Hsueh ("Charlie")

Mr. Chao Hsuan Hsueh is the head of Aten's innovation center. Defendants intend to call Mr. Hsueh to testify as to Aten's products it alleges are covered by the asserted patents. Defendants also intend to call Mr. Hsueh as he is an inventor on patents related to the '287 Patent.

In Plaintiff's Witness List Pursuant to L.R. 16-5, it states on page 2 that "Defendants did not provide a preliminary list of witnesses to it prior to its filing." This statement is incorrect. Defendants' preliminary witness list was provided at least as early as the date its exhibit list was exchanged, on February 20, 2017 in accordance with the agreement between counsel.

Defendants reserve the right to make amendments to this list.

Dated: May 15, 2017                    Respectfully submitted,

                                                    /s/ Joseph G. Pia
                                                    Robert E. Aycock
                                                    Joseph G. Pia
                                                    Jen-Feng "Jeff" Lee
                                                    Attorney for Defendants
                                                    UNICLASS TECHNOLOGY CO., LTD.,
                                                    ELECTRONIC TECHNOLOGY CO., LTD.
                                                    OF DONGGUAN UNICLASS,
                                                    AIRLINK 101, PHOEBE MICRO INC.,
                                                    BROADTECH INTERNATIONAL CO.,
                                                    LTD. D/B/A/ LINKSKEY, BLACK BOX

| | |
|---|---|
| 1 | CORPORATION, and BLACK BOX CORPORATION OF PENNSYLVANIA |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

# PROOF OF SERVICE

I am over the age of eighteen (18) years, and not a party to the above-entitled action. My business address is 136 E. South Temple, Suite 1900, Salt Lake City, Utah 84111.

On May 15, 2017, I served:

**DEFENDANTS WITNESS LIST PURSUANT TO L.R. 16-5**

addressed as follows to:

Lei Mei
mei@meimark.com
P. Andrew Riley
ariley@meimark.com
Larry Sandell
lsandell@meimark.com
Irene Chen
ichen@meimark.com
MEI & MARK LLP
P.O. Box 65981
Washington, DC 20035-5981

    **BY MAIL**:  I deposited with the United States Postal Service on the same day with postage thereon fully prepaid at Pasadena, California.  I am aware that, on the motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one (1) day after the date of deposit for mailing shown on this proof of service.

    **BY FACSIMILE**:  I caused a copy of such document to be sent via facsimile machine to the office(s) of the addressee(s) at the phone number(s) shown above.

X    **BY E-MAIL**:  I caused a copy of such document to be sent via e-mail to the office(s) of the addressee(s) shown above.

    **BY PERSONAL SERVICE**

    FEDERAL COURT:  I caused such envelope to be delivered by hand directly to the  addressee(s).

4

STATE COURT: I caused such envelope to be delivered by hand to the offices of the addressee(s).

☒ **FEDERAL**: I declare, under penalty of perjury under the laws of the United States that the foregoing is true and that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on May 15, 2017 at Salt Lake City, Utah.

*/s/ Joseph G. Pia*
Joseph G. Pia