Jen-Feng Lee, SBN 204328 (jflee@ltpacificlaw.com)
Kenneth K. Tanji, Jr., SBN 162273 (ktanji@ltpacificlaw.com)
LT PACIFIC LAW GROUP, LLP
17800 Castleton Street, #560
City of Industry, CA 91748
T: 626-810-7200
F: 626-810-7300

Robert Aycock (Admitted Pro Hac Vice) (raycock@pa-law.com)
Joseph G. Pia (Admitted Pro Hac Vice) (joe.pia@pa-law.com)
PIA ANDERSON MOSS HOYT
136 East South Temple, Suite 1900
Salt Lake City, UT 84111
Telephone: (801) 350-9000
Facsimile: (801) 350-9010

Attorneys for Defendants
UNICLASS TECHNOLOGY CO. LTD., ET AL

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ATEN TECHNOLOGY, CO. LTD.<br><br>Plaintiff,<br><br>vs.<br><br>UNICLASS TECHNOLOGY CO., LTD., et al.<br><br>Defendants. | No. 2:15-cv-04424-BRO-AJW<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION IN LIMINE TO EXCLUDE ANY CLAIM OR EVIDENCE OF BREACH OF CONTRACT**<br><br>*[filed concurrently with Memorandum of Points and Authorities]*<br><br>Hearing Date: June 5, 2017<br>Hearing Time: 10:00 a.m.<br>Courtroom: 10D<br>Judge: Hon. Andrew Guilford |

**PLEASE TAKE NOTICE THAT** on June 5, 2017 at 10:00 a.m., or as soon thereafter as the matter may be heard, before the Honorable Andrew Guilford, United State District Court Judge, in Courtroom 10D of the above-entitled Court, Defendants Uniclass Technology Co., Ltd., *et al*. ("Uniclass") will and hereby do move, pursuant to Federal Rule of Evidence 402, 403, 701 and 408, and related case law, to exclude any claim or evidence of Breach of Contract.

This motion is based upon this notice of motion and motion, the attached memorandum of points and authorities, the declarations and other evidence filed concurrently herewith, the pleadings and other records on file in this action, and on such further evidence and arguments as the Court may consider at or before the hearing on this motion. This motion is made following the conference of counsel pursuant to Local Rule 7-3, which took place by at least May 22, 2017.

Dated: May 22, 2017 Respectfully submitted,

/s/ Joseph G. Pia
Robert E. Aycock
Joseph G. Pia
Jen-Feng "Jeff" Lee
Attorney for Defendants
UNICLASS TECHNOLOGY CO., LTD., ELECTRONIC TECHNOLOGY CO., LTD. OF DONGGUAN UNICLASS, AIRLINK 101, PHOEBE MICRO INC., BROADTECH INTERNATIONAL CO., LTD. D/B/A/ LINKSKEY, BLACK BOX CORPORATION, and BLACK BOX CORPORATION OF PENNSYLVANIA