UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | | |
|---|---|---|
| ATEN INTERNATIONAL CO., LTD, | ) | |
| | ) | CASE NO. 2:15-cv-04424-AG-AJW |
| Plaintiff, | ) | |
| | ) | CIVIL JURY SELECTION |
| v. | ) | PROCEDURES |
| | ) | |
| UNICLASS TECHNOLOGY CO., LTD., ET AL., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

    The Court orders that the jury be selected using the method in Exhibit A, subject to changes as necessary. There will be an eight person jury, with the entire jury deliberating. Each side will have three peremptory challenges. 28 U.S.C. §1870. F.R.C.P. 47(b), 48.

Dated:   June 13, 2017

                                       ANDREW J. GUILFORD
                                       UNITED STATES DISTRICT JUDGE

Courtroom Deputy Clerk:
Lisa Bredahl
(714) 338-4757

EXHIBIT A

ARIZONA BLIND STRIKE METHOD (CIVIL)

1. The entire panel will be seated, generally as in Exhibit 1.

2. The entire panel will be asked if they recognize any parties, counsel, witnesses, or court staff. The Court will discuss calendar and hardship issues with the entire panel.

3. <u>Voir Dire</u>. Each member of the entire panel will answer questions from the sheet attached as Exhibit 2. The Court will conduct voir dire of the entire panel, generally following the outline attached as Exhibit 3, and possibly using voir dire questions provided by counsel. Each side may then spend a brief time conducting voir dire of the entire panel. The time allotted will depend in part on whether counsel focuses on *bias*, and not seek to indoctrinate, inculcate, influence, insinuate, inform, or ingratiate. *Mixed Chicks LLC v. Sally Beauty Supply LLC*, 879 F. Supp. 2d 1093, 1094 (2012).

4. <u>Hardships</u>. At some point before challenges for cause and peremptory challenges, the Court will rule on hardships. Panel members found to have sufficient hardship ideally will all be thanked and excused at the same time.

5. <u>Challenges</u>. Outside the jury's presence, the Court will hear and rule on challenges for cause. Each side will then submit <u>six</u> proposed written peremptory challenges on the sheet attached as Exhibit 4. Six proposed peremptory challenges are listed for each side to determine the three actual peremptory challenges after adjustments for possible duplicates as follows. Each side will get their first three peremptory challenges as listed by going back and forth from plaintiff's list to defendant's list in the order specified, not counting a peremptory challenge if it follows a previous duplicate from the other list.

6. <u>Seating the Jury.</u>  After removals from the panel for hardship, challenges for cause, and peremptory challenges, the first eight remaining jurors with the lowest original numbers are placed in the box and all remaining jury panel members are thanked and excused.

|   | 36. | 35. | 34. | 33. | 32. | 31. | 30. | 29. |
|---|-----|-----|-----|-----|-----|-----|-----|-----|
|   | 28. | 27. | 26. | 25. | 24. | 23. | 22. | 21. |
|   |     |     | 20. | 19. | 18. | 17. | 16. | 15. |

| 14. | 7. |
|-----|-----|
| 13. | 6. |
| 12. | 5. |
| 11. | 4. |
| 10. | 3. |
| 9.  | 2. |
| 8.  | 1. |

[JURY BOX]

PEREMPTORY CHALLENGES – CIVIL

Pltf(s):_____  _____  _____

Dfts(s):_____  _____  _____


PEREMPTORY CHALLENGES – CRIMINAL

Govt:  _____  _____  _____  _____

　　　　　　　　　 _____  _____

Dfts(s):_____  _____  _____  _____

　　　　　　 _____  _____  _____  _____

　　　　　　 _____  _____

[BENCH]

Exhibit 2

PROSPECTIVE JURORS, PLEASE STATE THE FOLLOWING

1. YOUR NAME AND THE TOWN OR CITY WHERE YOU RESIDE

2. YOUR OCCUPATION AND EMPLOYER (IF YOU ARE RETIRED, PLEASE STATE YOUR FORMER OCCUPATION AND EMPLOYER) AND STATE:

    -- THE NATURE OF YOUR WORK

    -- HOW LONG DOING THAT WORK

3. YOUR MARITAL STATUS

4. IF APPLICABLE, YOUR SPOUSE'S OCCUPATION AND EMPLOYER (IF YOUR SPOUSE IS RETIRED, PLEASE STATE HIS OR HER FORMER OCCUPATION AND EMPLOYER) AND STATE:

    -- THE NATURE OF THAT WORK

    -- HOW LONG DOING THAT WORK

5. IF APPLICABLE, YOUR FORMER SPOUSE'S OCCUPATION AND EMPLOYER

6. YOUR EDUCATIONAL BACKGROUND (grade school, high school, etc.);

    -- FOR ANY VOCATIONAL SCHOOLS ATTENDED, WHAT WAS STUDIED?

    -- FOR COLLEGE OR BEYOND, WHAT WERE YOUR DEGREE SUBJECTS?

7. WHETHER YOU OR YOUR SPOUSE EVER SERVED IN THE MILITARY AND IF SO, THE BRANCH AND HIGHEST RANK REACHED

8. THE NUMBER OF CHILDREN YOU HAVE AND THEIR AGES

9. THE OCCUPATION AND EMPLOYER OF YOUR ADULT CHILDREN

10. WHETHER YOU HAVE EVER BEFORE SERVED ON A JURY AND IF SO

    -- CRIMINAL OR CIVIL, AND WHAT KIND OF CASE?

    -- DID THE JURY COME TO A VERDICT?  (Yes or No; not outcome)

Exhibit 3

JURY SELECTION PROCEDURES (CIVIL)

<u>Preliminaries</u>

1. Judge welcomes the jury.

2. Judge reads brief joint statement about the case, or counsel for each side gives brief statement (not argument describing the case).

3. Judge describes purpose of jury questioning:

   - to determine if should be excused for cause.
   - to permit parties to have jury of their selection – excuse certain number of jurors without stating a reason.

4. [Jury sworn.]

5. Expected duration.

6. Counsel introduce selves and clients. Judge and staff introduced.

7. Witness list read

<u>Voir Dire</u>

8. Panel members introduce selves, using card.

9. Heard or read anything about case?

10. General.
    - Burden of proof: criminal (beyond reasonable doubt) v. civil (preponderance of evidence).
    - Verdict solely on evidence presented.
    - Instructions on law only from court – even if disagree.

11. Is there any reason, or anything you can think of, that would make it difficult for you to decide this case fairly and impartially?

12. Have you or has anyone in your immediate family ever participated in a lawsuit as a party or in any other capacity?

13. Is there anything about this kind of lawsuit for money damages that would tend to make you lean for or against a particular party?

14. Do any of you own stock in the [plaintiff or defendant] company?

15. Are any of you employees of the [plaintiff or defendant] company?

16. Do any of you use or own products made or sold by [plaintiff or defendant] company?

Exhibit 3 (continued)

JURY SELECTION PROCEDURES (CIVIL)

17. Are any of you employed by, or stockholders in, any insurance company that is engaged in the casualty insurance business?

18. Are any of you engaged in the general insurance agency business, or are any of you an agent for a casualty insurance company?

19. Have any of you ever worked as a claims investigator or insurance adjuster?

[POSSIBLE QUESTIONS SUBMITTED BY COUNSEL]

21. Is there any reason, or anything you can think of, that would make it difficult for you to decide this case fairly and impartially?

Exhibit 4

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

<u>PEREMPTORY CHALLENGES</u>

Civil

(Write Seat No. And Name
of Challenged Juror)

| <u>PLAINTIFF</u> | <u>DEFENDANT</u> |
|---|---|
| 1. _____ | 1. _____ |
| 2. _____ | 2. _____ |
| 3. _____ | 3. _____ |

IN CASE OF DUPLICATES

| | |
|---|---|
| 4. _____ | 4. _____ |
| 5. _____ | 5. _____ |
| 6. _____ | 6. _____ |