UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 15-4424-AG(AJWx) | Date | June 5, 2017 |
|---|---|---|---|
| Title | ATEN TECHNOLOGY CO, LTD v UNICLASS TECHNOLOGY CO, LTD, et al. | | |

| Present: The Honorable | ANDREW J. GUILFORD, U.S. District Judge |
|---|---|

| Ivette Gomez | Miriam Baird |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Philip Riley, PHV | Joseph Pia, PHV |
| | Robert Aycock, PHV |
| | Jen-Feng Lee |

**Proceedings:**   1. PRETRIAL CONFERENCE
    2. PLAINTIFF'S MOTION IN LIMINE REGARDING REFERENCE TO UNPRODUCED SOURCE CODE [DKT 308]
    3. PLAINTIFF'S MOTION IN LIMINE REGARDING ARGUMENT THAT THE ATEN/UNICLASS LICENSE AGREEMENT ONLY INCLUDES THREE PATENTS [DKT 309]
    4. PLAINTIFF'S MOTION IN LIMINE REGARDING REFERENCE TO "FORUM SHOPPING" [DKT 311]
    5. PLAINTIFF ATEN'S MOTION TO STRIKE EXPERT TESTIMONY OF SCCOT W CRAGUN [DKT 312]
    6. PLAINTIFF'S MOTION TO EXDLUDE EXPERT TESTIMONY [DKT 313]
    7. DEFENDANTS' MOTION IN LIMINE TO EXCLUDE THE EXPERT OPINION AND TESTIMONY OF JEFFREY SNELL [DKT 316]
    8. DEFENDANTS' MOTION IN LIMINE TO EXCLUDE EXPERT OPINIONS AND TESTIMONY [DKT 322]
    9. PLAINTIFF'S MOTION TO EXCLUDE EXPERT TESTIMONY [DKT 294]
    10. PLAINTIFF'S MOTION IN LIMINE REGARDING REFERENCE TO "FORUM SHOPPING" [DKT 324]
    11. DEFENDANTS' MOTION IN LIMINE TO EXCLUDE ANY CLAIM OR EVIDENCE OF BREACH OF CONTRACT [DKT 373]

Cause is called for hearing and counsel make their appearances.  Pretrial Conference held. Motions are argued and ruled on in a separate minute order to issue.

Final Pretrial Conference Order signed and filed.

                                                                                             :   40

                                            Initials of Preparer   lmb

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.  CV 15-4424-AG(AJWx)                                      Date  June 5, 2017

Title     ATEN TECHNOLOGY CO, LTD v UNICLASS TECHNOLOGY CO, LTD, et al.