Lei Mei (SBN 240104)
mei@meimark.com
P. Andrew Riley (*Pro Hac Vice*)
ariley@meimark.com
Laurence M. Sandell (SBN 262186)
lsandell@meimark.com
Irene Chen (*Pro Hac Vic*e)
ichen@meimark.com
MEI & MARK LLP
P.O. Box 65981
Washington, DC 20035-5981
Telephone: 888-860-5678
Facsimile: 888-706-117

[Additional counsel listed on signature page]

Attorneys for Plaintiff
ATEN INTERNATIONAL CO., LTD.

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION**

| | |
|---|---|
| **ATEN INTERNATIONAL CO., LTD.,**<br><br>        Plaintiff,<br><br>    vs.<br><br>**UNICLASS TECHNOLOGY CO. LTD., et al.,**<br><br>        Defendants. | Case No. 2:15-cv-04424-AJG-AJW<br><br>**JOINT APPLICATION TO DISMISS CERTAIN CLAIMS WITH PREJUDICE**<br><br>Trial Start Date: September 19, 2017<br>Courtroom: 10D<br><br>Hon. Andrew J. Guilford |

Plaintiff ATEN International Co., Ltd. ("ATEN") and Defendants Uniclass Technology Co., Ltd., Electronic Technology Co., Ltd., Airlink 101, Phoebe Micro Inc., Broadtech International Co., Ltd. d/b/a Linkskey, Black Box Corporation, and Black Box Corporation of Pennsylvania (collectively "Defendants" or "Uniclass") jointly request dismissal with prejudice of all infringement claims and invalidity counter-claims from this case for the following claims from the Asserted Patents:

- U.S. Patent No. 8,589,141: claims 1, 2, 4-7, 9, 11-17, and 26-27.
- U.S. Patent No. 6,957,287: claims 1 and 6.

Good cause exists for the Court to enter this application.  Specifically, this application reduces the number of issues to be litigated at the upcoming trial.

Dated:  September 7, 2017                    Respectfully submitted,

/s/ P. Andrew Riley
Lei Mei (SBN 240104)
mei@meimark.com
P. Andrew Riley (Pro Hac Vice)
ariley@meimark.com
Laurence M. Sandell (SBN 262186)
lsandell@meimark.com
Irene Chen (Pro Hac Vice)
ichen@meimark.com
MEI & MARK LLP
P.O. Box 65981
Washington, DC 20035-5981
Telephone: 888-860-5678
Facsimile: 888-706-117

Manni Li (SBN 273984)
mli@meimark.com
Mei & Mark LLP
433 North Camden Drive, Suite 400
Beverly Hills, CA 90210
Telephone: 888-860-5678 ext. 713
Facsimile: 310-564-2769

Attorneys for Plaintiff
ATEN INTERNATIONAL CO., LTD.


|   |   |
|---|---|
| 1 |   |
| 2 | /s/ Robert Aycock |
|   | Jen-Feng Lee, SBN 204328 |
| 3 | (jflee@ltpacificlaw.com) |
| 4 | Kenneth K. Tanji, Jr., SBN 162273 |
|   | (ktanji@ltpacificlaw.com) |
| 5 | LT PACIFIC LAW GROUP, LLP |
| 6 | 17800 Castleton Street, #560 |
|   | City of Industry, CA 91748 |
| 7 | T: 626-810-7200 |
| 8 | F: 626-810-7300 |

Robert Aycock (Admitted Pro Hac Vice)
(raycock@padrm.com)
Joseph G. Pia (Admitted Pro Hac Vice)
(joe.pia@padrm.com)
PIA ANDERSON MOSS HOYT
136 East South Temple, Suite 1900
Salt Lake City, UT 84111
Telephone: (801) 350-9000
Facsimile: (801) 350-9010

Attorneys for Defendants
UNICLASS TECHNOLOGY CO. LTD., ET AL

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing **JOINT APPLICATION TO DISMISS CERTAIN CLAIMS WITH PREJUDICE** was filed electronically, and pursuant to Civil L.R. 5-3.2, was served on all interested parties in this action (i.e., served to registered ECF recipients via ECF electronic service) on September 7, 2017.

/s/ Lei Mei
Lei Mei