# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| ATEN INTERNATIONAL CO., LTD., <br><br> Plaintiff, <br><br> vs. <br><br> UNICLASS TECHNOLOGY CO. LTD., et al., <br><br> Defendants. | Case No. 2:15-cv-04424-AG-AJW <br><br> **ORDER GRANTING JOINT APPLICATION TO DIMISS CERTAIN CLAIMS** <br><br> Hon. Andrew J. Guilford |

Having considered the Joint Application to Dismiss Certain Claims With Prejudice and cause appearing, IT IS HEREBY ORDERED THAT the all infringement and invalidity counter-claims for the following patent claims are dismissed **with prejudice**:

- U.S. Patent No. 8,589,141: claims 1, 2, 4-7, 9, 11-17, and 26-27.
- U.S. Patent No. 6,957,287: claims 1 and 6.

Dated: September 08, 2017

_____
Hon. Andrew J. Guilford
United States District Judge