Lei Mei (SBN 240104)
mei@meimark.com
P. Andrew Riley (*Pro Hac Vice*)
ariley@meimark.com
Laurence M. Sandell (SBN 262186)
lsandell@meimark.com
Irene Chen (*Pro Hac Vic*e)
ichen@meimark.com
MEI & MARK LLP
P.O. Box 65981
Washington, DC 20035-5981
Telephone: 888-860-5678
Facsimile: 888-706-117

[Additional counsel listed on signature page]

Attorneys for Plaintiff
ATEN INTERNATIONAL CO., LTD.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **ATEN INTERNATIONAL CO., LTD.,**<br><br>Plaintiff,<br><br>vs.<br><br>**UNICLASS TECHNOLOGY CO. LTD., et al.,**<br><br>Defendants. | CASE NO. 2:15-CV-04424-AJG-AJW<br><br>**PLAINTIFF'S SUBMISSION OF PROPOSED SPECIAL VOIR DIRE QUESTIONS**<br><br>TRIAL START DATE: SEPT. 19, 2017<br><br>COURTROOM: 10D<br><br>HON. ANDREW J. GUILFORD |

Pursuant to Section 5.2 of the Order dated June 13, 2017 (Dkt. 399), Plaintiff ATEN International Co., Ltd. ("ATEN") respectfully submits the following proposed special voir dire questions:

### Knowledge of Parties, Witnesses, Attorneys or Jurors

1. Have you ever heard of the following companies?  If so, please explain.
   a. ATEN International Co., Ltd
   b. Uniclass Technology Co., Ltd
   c. Electronic Technology Co., Ltd. of Dongguan Uniclass
   d. Broadtech International Co., Ltd, d/b/a Linkskey
   d. Airlink 101
   e. Phoebe Micro Inc.
   f. Black Box Corporation
   g. Black Box Corporation of Pennsylvania
   h. StarTech
   i. Belkin
   j. Trendware or Trendnet
   k. Zonet

### Experience with Technology

2. Do you know anything about KVM (keyboard - video monitor - mouse) switches? If yes, please explain.

3. Do you or anyone close to you have an engineering or computer science degree? If yes, please explain.

4. Have you or anyone close to you worked in the fields of computer engineering, information technology, networking or software? If yes, please explain.

- Please identify who, the type of work or position, the company worked for, and the approximate dates of work.

5. Do you or anyone close to you write computer code? If yes, please explain.

## Patents and Patent System

6. Have you, or anyone you know, had any experience with patents, patent law, patented technology. or patent lawsuits? If yes, please explain.

7. Have you or anyone you know, worked for a company that was involved in a legal dispute regarding a patent or an accusation that technology had been copied, stolen, or otherwise improperly taken or used? If yes, please explain.

8. Do you have any feelings regarding patents or any other forms of intellectual property? If yes, please explain.

## Prior Experience with the Legal System
## Educational Background

9. Are you, or anyone close to you, a lawyer, a paralegal, or an employee of a law firm? If yes, please explain.

//
//
//
//
//
//
//

PLAINTIFF'S SUBMISSION OF PROPOSED SPECIAL VOIR DIRE QUESTIONS
Case No. 2:15-cv-04424-AJG-AJW
- 2 -

| | | |
|---|---|---|
| 1 | Dated:  September 12, 2017 | Respectfully submitted, |
| 2 | | /s/ P. Andrew Riley |
| | | Lei Mei (SBN 240104) |
| 3 | | mei@meimark.com |
| 4 | | P. Andrew Riley (Pro Hac Vice) |
| | | ariley@meimark.com |
| 5 | | Laurence M. Sandell (SBN 262186) |
| | | lsandell@meimark.com |
| 6 | | Irene Chen (Pro Hac Vice) |
| | | ichen@meimark.com |
| 7 | | MEI & MARK LLP |
| | | P.O. Box 65981 |
| 8 | | Washington, DC 20035-5981 |
| | | Telephone: 888-860-5678 |
| 9 | | Facsimile: 888-706-117 |

Manni Li (SBN 273984)
mli@meimark.com
Mei & Mark LLP
433 North Camden Drive, Suite 400
Beverly Hills, CA 90210
Telephone: 888-860-5678 ext. 713
Facsimile: 310-564-2769

Attorneys for Plaintiff
ATEN INTERNATIONAL CO., LTD.

PLAINTIFF'S SUBMISSION OF PROPOSED SPECIAL VOIR DIRE QUESTIONS
Case No. 2:15-cv-04424-AJG-AJW
- 3 -

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing **PLAINTIFF'S SUBMISSION OF PROPOSED SPECIAL VOIR DIRE QUESTIONS** was filed electronically, and pursuant to Civil L.R. 5-3.2, was served on all interested parties in this action (i.e., served to registered ECF recipients via ECF electronic service) on September 12, 2017.

/s/ Lei Mei
Lei Mei

PLAINTIFF'S SUBMISSION OF PROPOSED SPECIAL VOIR DIRE QUESTIONS
Case No. 2:15-cv-04424-AJG-AJW
- 4 -