Lei Mei (SBN 240104)
mei@meimark.com
P. Andrew Riley (*Pro Hac Vice*)
ariley@meimark.com
Laurence M. Sandell (SBN 262186)
lsandell@meimark.com
Irene Chen (*Pro Hac Vice*)
ichen@meimark.com
MEI & MARK LLP
P.O. Box 65981
Washington, DC 20035-5981
Telephone: 888-860-5678
Facsimile: 888-706-117

[Additional counsel listed on signature page]

Attorneys for Plaintiff
ATEN INTERNATIONAL CO., LTD.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **ATEN INTERNATIONAL CO., LTD.,** | ) | CASE NO. 2:15-CV-04424-AJG-AJW |
| Plaintiff, | ) | **PLAINTIFF'S SPECIAL VERDICT FORM** |
| vs. | ) | TRIAL START DATE: SEPT. 19, 2017 |
| **UNICLASS TECHNOLOGY CO. LTD., et al.,** | ) | COURTROOM: 10D |
| Defendants. | ) | HON. ANDREW J. GUILFORD |

# JURY VERDICT FORM

When answering the following questions and filling out this Verdict Form, please follow the directions provided. Your answer to the questions must be unanimous. The questions contain legal terms that are defined and explained in detail in the Jury Instructions. Please refer to the Jury Instructions if you are unsure about the meaning or usage of any legal term that appears in the questions below.

We, the jury, unanimously agree to the answer to the following questions and return them under the instructions of this court as our verdict in this case.

## I. PATENT INFRINGEMENT

1. Has ATEN proven that it is more likely than not that any of the accused products infringe any of the claims of the asserted patents literally or under the doctrine of equivalents?

____ YES (a finding for ATEN)    ___ NO (a finding for Defendants)

**U.S. Patent No. 7,640, 289 (the ’289 patent)**

2. Do you find that the products in Group 3 infringe at least one claim of the ’289 patent? Group 3 consists of Prima T8, Prima T4, Prima T16, Linkskey LKV-9304, LKV-9308, and LKV-9316.

____ YES (a finding for ATEN)    ___ NO (a finding for Defendants)

3. If your answer to question 2 is YES, please check claims that are infringed:

Claims ____ 1, ____ 2, ____ 3, ____ 4, ____ 5, ____ 6, ____ 7, ____ 8, ____ 9, ____ 10, ____ 11, ____ 12, ____13, ____14, ____15, ____16, ____17, ____18, ____19, ____20.

**<u>U.S. Patent No. 6,597,287</u> (the ’287 Patent)**

4. Do you find that the products in Group 1 infringe claim 5 of the ’287 patent? Group 1 consists of UDV-TA2, UDP-TA2, UHV-TA2, USB-TA2, USB-SP02A, and USB-SP04A.

____ YES (a finding for ATEN) ___ NO (a finding for Defendants)

5. Do you find that the products in Group 2 infringe claim 5 of the ’287 patent? Group 2 consists of UKA-248, Linkskey LKV-248AUSK, and Black Box KV7021A-K.

____ YES (a finding for ATEN) ___ NO (a finding for Defendants)

**<u>U.S. Patent No. 7,742, 217</u> (the ’217 patent)**

6. Do you find that the products in Group 2 infringe at least one claim of the ’217 patent? Group 2 consists of UKA-248, Linkskey LKV-248AUSK, and Black Box KV7021A-K.

____ YES (a finding for ATEN) ___ NO (a finding for Defendants)

7. If your answer to question 6 is YES, please check claims that are infringed: Claims ____ 1, ____ 3, ____ 4.

**<u>U.S. Patent No. 8,589,141</u> (the ’141 patent)**

8. Do you find that the products in Group 4 infringe at least one claim of the ’141 patent? Group 4 consists of Prima T8, Prima T4, Prima T16, Linkskey LKV-9304, LKV-9308, and LKV-9316.

____ YES (a finding for ATEN) ___ NO (a finding for Defendants)

9. If your answer to question 8 is YES, please check claims that are infringed: Claims ____ 3, ____ 8, ____ 10.

10. Do you find that the products in Group 5 infringe at least one claim of the ’141 patent? Group 5 consists of AD-202A and 204A; AD-EP04A; AH-832A and 4A; AI-832A and 4A; AL-832A and 4A; AP-832A and 4A; AH-202A and 204A; AD-502D and 504D; AD-502V and 504V; AD-702D and 704D; AD-702V and 704V; AL-702D and 704D, Linkskey LDV-242AUSK; Airlink AKVM-2UDA; Linkskey LDV-DM722AUSK; LDV-DM724AUSK; LDV-DM712AUSK; and LDV-DM714AUSK.

____ YES (a finding for ATEN) ___ NO (a finding for Defendants)

11. If your answer to question 10 is YES, please check claims that are infringed: Claims ____ 3, ____ 8, ____ 10.

## INDIRECT INFRINGEMENT – INDUCING INFRINGEMENT

12. Has ATEN proven that it is more likely than not that Defendants have induced the infringement of any of the claims of the asserted **’289 patent**?

____ YES (a finding for ATEN) ___ NO (a finding for Defendants)

13. Has ATEN proven that it is more likely than not that Defendants have induced the infringement of claim 5 of the asserted **’287 patent**?

____ YES (a finding for ATEN) ___ NO (a finding for Defendants)

14. Has ATEN proven that it is more likely than not that Defendants have induced the infringement of any of the claims of the asserted **’217 patent**?

____ YES (a finding for ATEN) ___ NO (a finding for Defendants)

15. Has ATEN proven that it is more likely than not that Defendants have induced the infringement of any of the claims of the asserted **’141 patent**?

____ YES (a finding for ATEN) ___ NO (a finding for Defendants)

## INDIRECT INFRINGEMENT – CONTRIBUTORY INFRINGEMENT

16. Has ATEN proven that it is more likely than not that Defendants have contributed to the infringement of any of the claims of the asserted **’289 patent**?

____ YES (a finding for ATEN) ___ NO (a finding for Defendants)

17. Has ATEN proven that it is more likely than not that Defendants have contributed to the infringement of claim 5 of the asserted **'287 patent**?

____ YES (a finding for ATEN) ___ NO (a finding for Defendants)

18. Has ATEN proven that it is more likely than not that Defendants have contributed to the infringement of any of the claims of the asserted **'217 patent**?

____ YES (a finding for ATEN) ___ NO (a finding for Defendants)

19. Has ATEN proven that it is more likely than not that Defendants have contributed to the infringement of any of the claims of the asserted **'141 patent**?

____ YES (a finding for ATEN) ___ NO (a finding for Defendants)

**WILLFUL INFRINGEMENT**

20. Has ATEN proven that it is more likely than not that Defendants' infringement was willful?

____ YES (a finding for ATEN) ___ NO (a finding for Defendants)

**VALIDITY**

21. Have Defendants shown by clear and convincing evidence that any of the asserted claims of the **'289 patent** are invalid?

____ YES (a finding for Defendants) ___ NO (a finding for ATEN)

22. If your answer to question 21 is YES, please check claims that are invalid:

Claims ____ 1, ____ 2, ____ 3, ____ 4, ____ 5, ____ 6, ____ 7, ____ 8,
____ 9, ____ 10, ____ 11, ____ 12, ____13, ____14, ____15, ____16,
____17, ____18, ____19, ____20.

23. Have Defendants shown by clear and convincing evidence that claim 5 of the **'287 patent** are invalid?

____ YES (a finding for Defendants) ___ NO (a finding for ATEN)

24. Have Defendants shown by clear and convincing evidence that any of the asserted claims of the **’217 patent** are invalid?

____ YES (a finding for Defendants) ___ NO (a finding for ATEN)

25. If your answer to question 24 is YES, please check claims that are invalid: Claims ____ 1, ____ 3, ____ 4,

26. Have Defendants shown by clear and convincing evidence that any of the asserted claims of the **’141 patent** are invalid?

____ YES (a finding for Defendants) ___ NO (a finding for ATEN)

27. If your answer to question 26 is YES, please check claims that are invalid: Claims ____ 3, ____ 8, ____ 10,

**DAMAGES**

If you find that at least one asserted claim of the asserted patents is infringed and not invalid, then you must answer the following questions:

28. What reasonable royalty rate do you find for ATEN regarding infringing sales for the following Defendants?

a) (Uniclass) On-going royalty payment of ___________ % of total sales;

b) (Blackbox) On-going royalty payment of __________% of total sales;

c) (Airlink) On-going royalty payment of __________% of total sales;

d) (Broadtech d/b/a Linkskey) On-going royalty payment of ___________ % of total sales.

29. What amount of reasonable royalty damages do you award to ATEN for Defendants’ infringing sales for the accused products? If you find Uniclass to be 100 percent responsible for all damages, please answer only question 22(a); otherwise answer questions 28(a) through (d).

Answer with the Amount:

a) Uniclass: $______________________

b) Blackbox: $ ______________________

c) Airlink: $ ______________________

d) Broadtech d/b/a Linkskey $_____________________

You have now reached the end of the verdict form and should review it to ensure it accurately reflects your unanimous determinations. The Presiding Juror should then sign and date the verdict form in the spaces below and notify the Marshall that you have reached a verdict. The Presiding Juror should retain possession of the verdict form and bring it when the jury is brought back into the courtroom.

Dated: ________________ By: __________________

Presiding Juror

Dated: September 12, 2017

Respectfully submitted,

/s/ P. Andrew Riley

Lei Mei (SBN 240104)
mei@meimark.com
P. Andrew Riley (Pro Hac Vice)
ariley@meimark.com
Laurence M. Sandell (SBN 262186)
lsandell@meimark.com
Irene Chen (Pro Hac Vice)
ichen@meimark.com
MEI & MARK LLP
P.O. Box 65981
Washington, DC 20035-5981
Telephone: 888-860-5678
Facsimile: 888-706-117

Manni Li (SBN 273984)
mli@meimark.com
Mei & Mark LLP
433 North Camden Drive, Suite 400
Beverly Hills, CA 90210
Telephone: 888-860-5678 ext. 713
Facsimile: 310-564-2769

Attorneys for Plaintiff
ATEN INTERNATIONAL CO., LTD.

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing **PLAINTIFF'S SPECIAL VERDICT FORM** was filed electronically, and pursuant to Civil L.R. 5-3.2, was served on all interested parties in this action (i.e., served to registered ECF recipients via ECF electronic service) on September 12, 2017.

/s/ Lei Mei
Lei Mei