Jen-Feng Lee, SBN 204328 (jflee@ltpacificlaw.com)
Kenneth K. Tanji, Jr., SBN 162273 (ktanji@ltpacificlaw.com)
LT PACIFIC LAW GROUP, LLP
17800 Castleton Street, #560
City of Industry, CA 91748
T: 626-810-7200
F: 626-810-7300

Robert Aycock (Admitted Pro Hac Vice) (raycock@pa-law.com)
Joseph G. Pia (Admitted Pro Hac Vice) (joe.pia@pa-law.com)
PIA ANDERSON MOSS HOYT
136 East South Temple, Suite 1900
Salt Lake City, UT 84111
Telephone: (801) 350-9000
Facsimile: (801) 350-9010

Attorneys for Defendants
UNICLASS TECHNOLOGY CO. LTD., ET AL

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATEN TECHNOLOGY, CO. LTD.<br><br>Plaintiff,<br><br>vs.<br><br>UNICLASS TECHNOLOGY CO., LTD., et al.<br><br>Defendants. | No. 2:15-cv-04424-AJG-AJW<br><br>**DEFENDANTS' SUBMISSION OF PROPOSED SPECIAL VOIR DIRE QUESTIONS**<br><br>Trial Start Date: September 19, 2017<br>Courtroom: 10D<br>Judge: Hon. Andrew Guilford |

Defendants Uniclass Technology Co. Ltd., et. Al. ("Defendants") propose the following special voir dire questions to select a jury for the trial scheduled to commence on September 19, 2017, in addition to the questions identified in the Court's Civil Jury Selection Procedures (Dkt. 398, Exhibit 2 and 3):

1. You have been given a list of the attorneys and law firms involved in this litigation. Are you related to, or personally acquainted with, any of those attorneys, or have you ever been represented by any of those attorneys or other associates or members of the listed law firms?

2. You have been given a list of the individuals who might appear as witnesses in this case. Are you related to, or personally acquainted with, any of those individuals?

3. Have you, or any close family member or friend, ever been involved in the computer hardware or software industry? If yes, please describe that experience. Would it make it so you would favor or oppose one of these companies?

4. Do you have any education or training in computer programing or electrical engineering beyond highschool?

5. Do you have personal experience with patents? Please describe your experience. Is there anything about that experience that might cause you to favor one side or the other? Please tell me about that.

6. Have you, or any close family member or friend, ever applied for a patent?

7. Are you, or any close family member or friend, the named inventor on a patent?

8. Have you, or any close family member or friend, ever registered for a copyright or trademark?

1

9.  Have you, or any close family member or friend, ever worked for any government body or organization involved with patents or trademarks? If so, do you feel that might affect your view of this case?

10. Have you, or any close family member or friend, ever worked as a patent attorney or agent?

11. Have you ever read or heard about patent lawsuits? Please describe what you have read or heard.

12. Have you, or any close family member or friend, been involved with any organization involved with tort reform or litigation reform? Please describe.

13. Do you have any strong opinions about a patent granting exclusive rights to the inventors or their employer?

14. Do you believe it would be wrong for someone to exclude others from using his own invention?

15. Do you, or any close family member or friend, have experience licensing trademarks, copyrights, or patents? Please describe.

16. Even if an inventor has received a patent, it may be still be invalid because of information either unknown or misperceived by the U.S. Patent and Trademark Office. If the evidence supports it, would you have any hesitation invalidating a patent?

17. Have you ever had a reason to file a lawsuit, but chose not to? If so, why?

18. Have you ever served as a juror before?

   a.  If so, were you the foreperson during those jury deliberations?

19. What role do patents play in our society?

20. What role do lawsuits play in our society?

21. Has someone ever wrongfully taken your idea for their own benefit?

22. Have you ever been accused of wrongfully taking someone else's idea for your own benefit?

23. Have you heard of open source software?

    a.  If so, what are your feelings on open source software and its place in our society?

Dated: September 12, 2017    Respectfully submitted,


/s/ Joseph G. Pia
Robert E. Aycock
Joseph G. Pia
Jen-Feng "Jeff" Lee
Attorney for Defendants
UNICLASS TECHNOLOGY CO., LTD.,
ELECTRONIC TECHNOLOGY CO.,
LTD. OF DONGGUAN UNICLASS,
AIRLINK 101, PHOEBE MICRO INC.,
BROADTECH INTERNATIONAL CO.,
LTD. D/B/A/ LINKSKEY, BLACK BOX
CORPORATION, and BLACK BOX
CORPORATION OF PENNSYLVANIA

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**<u>CERTIFICATE OF SERVICE</u>**

     The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on September 12, 2017 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).


<u>/s/ Joseph G. Pia</u>