ROBERT AYCOCK (Admitted Pro Hac Vice)
raycock@pa-law.com
JOSEPH G. PIA (Admitted Pro Hac Vice)
joe.pia@pa-law.com
Pia Anderson Dorius Reynard & Moss
136 South Temple, Suite 1900
Salt Lake City, UT 84111
Telephone:  (801) 350-9000
Facsimile:    (801) 350-9010

Jen-Feng Lee (Cal. State Bar No. 204328)
jflee@ltpacificlaw.com
LT Pacific Law Group LLP
17800 Castleton Street, Suite 560
City of Industry, CA 91748
(626) 810-7200 Phone
(626) 810-7300 Fax

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATEN TECHNOLOGY, CO. LTD.<br><br>Plaintiff,<br><br>vs.<br><br>UNICLASS TECHNOLOGY CO., LTD., et al.<br><br>Defendants. | No.  2:15-cv-04424-AJG-AJW<br><br>**DEFENDANTS' EX PARTE APPLICATION TO BRING EQUIPMENT INTO COURTROOM FOR USE DURING TRIAL**<br><br>Judge: Hon. Andrew J. Guilford<br>Trial Date: September 19, 2017<br>Courtroom: 10D |

Defendants respectfully move the Court for entry of an order permitting counsel and supporting staff to bring into Court certain hard copies of evidence, equipment, and devices for use during the trial scheduled for September 19, 2017 through September 28, 2017.

In support of this motion, Defendants state:

1.  Defendants note that they saw Plaintiff's similar Ex Parte Motion [Dkt. No. 416] today for the first time when it was filed, and in the future would expect that the parties will meet and confer on all trial motions so that whenever possible, joint filings may be made to conserve judicial and party resources.

2. Defendants intend to make presentations at the trial that rely on the use of computer technology and other electronic equipment. To accomplish this, Defendants will require various computer equipment, including samples of the accused products and specific computer equipment that can function with those products for demonstrative purposes.

3. Defendants also need to bring exhibit binders to the courtroom for reference during trial. Defendants understand that these items will be subject to examination for security purposes as are all other materials brought into the courthouse.

4. Defendants' counsel and possibly their technical expert will bring exhibit binders to the courtroom and would like to have access to the Court's loading dock at or before 3:30 p.m. on Monday, September 18, 2017. Defendants will confirmed the delivery time with the courtroom deputy.

| | | |
|---|---|---|
| 1 | Dated: September 13, 2017 | Respectfully submitted, |
| 2 | | |
| 3 | | /s/ Joseph G. Pia |
| 4 | | Robert E. Aycock |
| 5 | | Joseph G. Pia |
| | | Jen-Feng "Jeff" Lee |
| 6 | | Attorney for Defendants |
| 7 | | UNICLASS TECHNOLOGY CO., LTD., ELECTRONIC TECHNOLOGY CO., |
| 8 | | LTD. OF DONGGUAN UNICLASS, |
| 9 | | AIRLINK 101, PHOEBE MICRO INC., BROADTECH INTERNATIONAL CO., |
| 10 | | LTD. D/B/A/ LINKSKEY, BLACK BOX |
| 11 | | CORPORATION, and BLACK BOX CORPORATION OF PENNSYLVANIA |
| 12 | | |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on September 13, 2017 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

/s/*Joseph G. Pia*
Joseph G. Pia