1  Lei Mei (SBN 240104)
   mei@meimark.com
2  P. Andrew Riley (*Pro Hac Vice*)
   ariley@meimark.com
3  Larry Sandell (SBN 262186)
   lsandell@meimark.com
4  Irene Chen (*Pro Hac Vic*e)
   ichen@meimark.com
5  MEI & MARK LLP
   P.O. Box 65981
6  Washington, DC 20035-5981
7  Telephone: 888-860-5678
   Facsimile: 888-706-117
8

9  [Additional counsel listed on signature page]

10 Attorneys for Plaintiff
   ATEN INTERNATIONAL CO., LTD.
11

12            **UNITED STATES DISTRICT COURT**
              **CENTRAL DISTRICT OF CALIFORNIA**
13                   **SOUTHERN DIVISION**

14

| | |
|---|---|
| **ATEN INTERNATIONAL CO., LTD.,** | ) Case No. 2:15-cv-04424-AJG-AJW |
| | ) |
| Plaintiff, | ) **PLAINTIFF'S OPPOSITION TO** |
| | ) **DEFENDANTS' MOTION IN** |
| | ) **LIMINE TO EXCLUDE ATEN** |
| | ) **FROM EXPANDING ITS** |
| vs. | ) **PREVIOUSLY IDENTIFIED** |
| | ) **REPRESENTATIVE AND LINKED** |
| **UNICLASS TECHNOLOGY CO. LTD., et al.,** | ) **PRODUCT GROUPINGS** |
| | ) |
| | ) Hearing Date: |
| Defendants. | ) Hearing Time: |
| | ) Courtroom: 10D |
| | ) Judge: Hon. Andrew Guilford |
| | ) |

Plaintiff ATEN International Co. Ltd. ("Plaintiff" or "ATEN") opposes Defendants' Motion in Limine to Exclude ATEN from Expanding its Previously Identified Representative and Linked Product Groupings, and states as follows.

1.     Defendants' Motion is improper because ATEN is not trying to expand its previously identified representative and linked product groupings. The parties have a factual dispute regarding whether certain products are the same, which should be presented to the jury.

2.     Regarding Black Box KV7020A-K, Defendants' argument is moot because ATEN is not including this product as one of the accused products, as shown in the parties' disputed jury instruction no. 3. Dkt. 414.

3.     Regarding Black Box KV7021A-K (also known as K7021A-K), this is the same (i.e. rebranded) product as UKA-248. Defendants did not dispute this fact in the parties' disputed jury instruction nos. 3 and 15. Dkt. 414. Later, however, Defendants assert that this product is the same as UKA-548, not UKA-248. This is a factual dispute that should be presented to the jury. For example, Dr. Lavian analyzed the data sheets of UKA-248, Linkskey LKV248AUSK, and Black Box KV7021AK and found them to be the same, and then issued a single infringement chart for them. Trial Ex. 104 at 1.

4.     Notably, Defendants do not dispute that Linkskey LKV248AUSK is the same rebranded product of UKA-248. At least another exhibit shows that Linkskey LKV248AUSK is the same product as Black Box KV7021AK (using different re-branded names). Trial Ex. 422 at ATEN-UNICLASS00054313. The same document, however, also suggests that these two are the same as UKA-548, which led to Defendants' confusion. Nonetheless, this dispute is a factual one that should go to the jury.

5.     Regarding Linkskey LKV-9304, LKV-9308, and LKV-9316, they are the same rebranded products of Prima T4, T8, and T16, respectively, as shown in Trial

Exhibit 422 at ATEN-UNICLASS00054314. Defendants now argue that they are not the same products. The parties have disputed this fact in the parties' disputed jury instruction nos. 3 and 15. Again, this is a factual dispute that should go to the jury.

Therefore, ATEN respectfully requests that the Court deny Defendants' Motion.

Dated:  September 15, 2017                              Respectfully submitted,

                                                       /s/ P. Andrew Riley
                                                       Lei Mei (SBN 240104)
                                                       mei@meimark.com
                                                       P. Andrew Riley (Pro Hac Vice)
                                                       ariley@meimark.com
                                                       Larry Sandell (SBN 262186)
                                                       lsandell@meimark.com
                                                       Irene Chen (Pro Hac Vice)
                                                       ichen@meimark.com
                                                       MEI & MARK LLP
                                                       P.O. Box 65981
                                                       Washington, DC 20035-5981
                                                       Telephone: 888-860-5678
                                                       Facsimile: 888-706-117

                                                       Manni Li (SBN 273984)
                                                       mli@meimark.com
                                                       Mei & Mark LLP
                                                       433 North Camden Drive, Suite 400
                                                       Beverly Hills, CA 90210
                                                       Telephone: 888-860-5678 ext. 713
                                                       Facsimile: 310-564-2769

                                                       Attorneys for Plaintiff
                                                       ATEN INTERNATIONAL CO., LTD.

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing **ATEN INTERNATIONAL CO. LTD.'S OPPOSITION TO DEFENDANTS' MOTION IN LIMINE TO EXCLUDE ATEN FROM EXPANDING ITS PREVIOUSLY IDENTIFIED REPRESENTATIVE AND LINKED PRODUCT GROUPINGS** was filed electronically, and pursuant to Civil L.R. 5-3.2, was served on all interested parties in this action (i.e., served to registered ECF recipients via ECF electronic service) on September 15, 2017.

/s/ Lei Mei
Lei Mei