Lei Mei, SBN 204101
P. Andrew Riley
MEI & MARK, LLP
P.O. BOX 65981
Washington, D.C. 20035-5981
T: 626-810-7200
F: 626-810-7300

Robert Aycock (Admitted Pro Hac Vice) (raycock@pa-law.com)
Joseph G. Pia (Admitted Pro Hac Vice) (joe.pia@pa-law.com)
PIA ANDERSON MOSS HOYT
136 East South Temple, Suite 1900
Salt Lake City, UT 84111
Telephone: (801) 350-9000
Facsimile: (801) 350-9010

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATEN TECHNOLOGY, CO. LTD.<br><br>Plaintiff,<br><br>vs.<br><br>UNICLASS TECHNOLOGY CO., LTD., et al.<br><br>Defendants. | No. 2:15-cv-04424-AG-(AJWs)<br><br>**DEFENDANT'S AMENDED WITNESS LIST PURSUANT TO L.R. 16-5**<br><br>Judge: Hon. Andrew Guilford<br>Courtroom: 10D<br>Trial Date: September 19, 2017 |

TO THE COURT, DEFENDANTS, AND ITS ATTORNEYS OF RECORD:

Pursuant to Local Rule 16-5 and Federal Rule of Civil Procedure 26(a)(3)(A) Defendants Uniclass Technology Co., Ltd., Electronic Technology Co., Ltd. of Dongguan Uniclass, Airlink 101, Phoebe Micro Inc., Broadtech International Co., Ltd. D/B/A/ Linkskey, Black Box Corporation, and Black Box Corporation Of Pennsylvania ("Defendants"), by and through undersigned counsel, expects to call the following as witnesses at trial in this matter:

**1. Alex Kuan**

Mr. Alex Kuan is the President of Uniclass. Defendants intend to call Mr. Kuan to testify regarding the licensing history between Uniclass and Aten and financial matters regarding damages.

**2. Ted Chen**

Mr. Ted Chen is the vice president of the R&D Department at Uniclass. Defendants intend to call Mr. Chen to testify regarding the structure and functionality of the accused products.

**3. Robert Dezmelyk**

Robert Dezmelyk is Defendants technical expert. Mr. Dezmelyk will testify, consistent with his expert reports, regarding non-infringement and/or invalidity of Aten's patents.

**4. Scott Cragun**

Scott Cragun is Defendants damages expert. Mr. Cragun will testify, consistent with his expert report, regarding Aten's claims for damages.

**5. Kevin Chen**

Mr. Kevin Chen is the CEO of Aten. He is also a listed inventor on the 7,640,289, 7,472,271 and 6,957,287 patents. Defendants intend to call Mr. Chen to testify regarding Aten's prior art products, as well matters regarding licensing this technology to Uniclass. In addition, Mr. Chen will testify about the KVM market, the KVM OEM market, including competitors, and Aten's OEM sales

Defendants have conferred with Plaintiffs, who have no objection to the amendments made to Defendant's Witness List Pursuant to L.R. 16-5 [Dkt. No. 366], submitted to this court May 25, 2017.

Defendants reserve the right to make amendments to this list.

Dated: September 15, 2017       Respectfully submitted,

/s/ Joseph G. Pia
Robert E. Aycock
Joseph G. Pia
Jen-Feng "Jeff" Lee
Attorney for Defendants
UNICLASS TECHNOLOGY CO., LTD.,
ELECTRONIC TECHNOLOGY CO., LTD.
OF DONGGUAN UNICLASS,
AIRLINK 101, PHOEBE MICRO INC.,
BROADTECH INTERNATIONAL CO.,
LTD. D/B/A/ LINKSKEY, BLACK BOX
CORPORATION, and BLACK BOX
CORPORATION OF PENNSYLVANIA

2

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing **DEFENDANTS' AMENDED WITNESS LIST** was filed electronically, and pursuant to Civil L.R. 5-3.2, was served on all interested parties in this action (i.e., served to registered ECF recipients via ECF electronic service) on September 15, 2017.

/s/ Joseph G. Pia
Joseph G. Pia