# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| | | | | |
|---|---|---|---|---|
| Case No. | CV 15-4424-AG(AJWx) | | Date | September 19, 2017 |
| Title: | ATEN INTERNATIONAL CO, LTD v UNICLASS TECHNOLOGY CO, LTD, ET AL | | | |

Present: The Honorable   **ANDREW J. GUILFORD**

| Lisa Bredahl | Miriam Baird |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Philip Riley, Mark Freeman, Manni Li, Irene Chen, Larry Sandell | Jen-Feng, Eric Wood, Joseph Pia, Robert Aycock |

\_\_\_\_ Day Court Trial     1st Day Jury Trial

\_\_\_\_ One day trial:   X  Begun (1st day);   X  Held & Continued;  \_\_\_\_ Completed by jury verdict/submitted to court.

X  The Jury is impaneled and sworn.

\_\_\_\_ Opening statements made by   each side

\_\_\_\_ Witnesses called, sworn and testified.   \_\_\_\_ Exhibits Identified   \_\_\_\_ Exhibits admitted.

\_\_\_\_ Plaintiff(s) rest.   \_\_\_\_ Defendant(s) rest.

\_\_\_\_ Closing arguments made by   \_\_\_\_ plaintiff(s)   \_\_\_\_ defendant(s).   \_\_\_\_ Court instructs jury.

\_\_\_\_ Bailiff(s) sworn.   \_\_\_\_ Jury retires to deliberate.   \_\_\_\_ Jury resumes deliberations.

\_\_\_\_ Jury Verdict in favor of   \_\_\_\_ plaintiff(s)   \_\_\_\_ defendant(s) is read and filed.

\_\_\_\_ Jury polled.   \_\_\_\_ Polling waived.

\_\_\_\_ Filed Witness & Exhibit Lists   \_\_\_\_ Filed jury notes.   \_\_\_\_ Filed jury instructions.

\_\_\_\_ Judgment by Court for _____   \_\_\_\_ plaintiff(s)   \_\_\_\_ defendant(s).

\_\_\_\_ Findings, Conclusions of Law & Judgment to be prepared by   \_\_\_\_ plaintiff(s)   \_\_\_\_ defendant(s).

\_\_\_\_ Case submitted.   \_\_\_\_ Briefs to be filed by _____

\_\_\_\_ Motion to dismiss by _____ is   \_\_\_\_ granted.   \_\_\_\_ denied.   \_\_\_\_ submitted.

\_\_\_\_ Motion for mistrial by _____ is   \_\_\_\_ granted.   \_\_\_\_ denied.   \_\_\_\_ submitted.

\_\_\_\_ Motion for Judgment/Directed Verdict by _____ is   \_\_\_\_ granted.   \_\_\_\_ denied.   \_\_\_\_ submitted.

\_\_\_\_ Settlement reached and placed on the record.

\_\_\_\_ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.

\_\_\_\_ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.

\_\_\_\_ Trial subpoenaed documents returned to subpoenaing party.

x  Case continued to   September 20, 2017 at 9:00 a.m   for further trial/further jury deliberation.

X  Other:   Opening jury instructions are given.

                                                                                                  5  :  05
                                                                                         Initials of Deputy Clerk _____

cc: