Jen-Feng Lee, SBN 204328 (jflee@ltpacificlaw.com)
Kenneth K. Tanji, Jr., SBN 162273 (ktanji@ltpacificlaw.com)
LT PACIFIC LAW GROUP, LLP
17800 Castleton Street, #560
City of Industry, CA 91748
T: 626-810-7200
F: 626-810-7300

Robert Aycock (Admitted Pro Hac Vice) (raycock@pa-law.com)
Joseph G. Pia (Admitted Pro Hac Vice) (joe.pia@pa-law.com)
PIA ANDERSON MOSS HOYT
136 East South Temple, 19th Floor
Salt Lake City, UT 84111
Telephone: (801) 350-9000
Facsimile: (801) 350-9010

Attorneys for Defendants

**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATEN INTERNATIONAL, CO. LTD.<br><br>Plaintiff,<br><br>vs.<br><br>UNICLASS TECHNOLOGY CO., LTD., et al.<br><br>Defendants. | No. 2:15-cv-04424-AJG-AJW<br><br>**JUDGMENT**<br><br>Hon. Andrew J. Guilford |

1    This action came before the Court for trial by jury beginning September
2    19, 2017 before a duly impaneled and sworn jury. The parties to the action are
3    plaintiff ATEN International Co., Ltd. ("ATEN") and defendants Uniclass
4    Technology Co., Ltd. ("Uniclass"), Electronic Technology Co., Ltd. of
5    Dongguan Uniclass, Airlink 101, Phoebe Micro Inc., Broadtech International
6    Co., Ltd. D/B/A Linkskey, Black Box Corporation, and Black Box Corporation
7    of Pennsylvania (the "Other Defendants") (collectively, "Defendants"). The
8    issues have been tried, and the jury rendered a verdict on October 4, 2017. The
9    verdict was accepted by the Court and filed by the Clerk. (Dkt. 457.)

Therefore, pursuant to Rule 58 of the Federal Rules of Civil Procedure, JUDGMENT is hereby entered in this matter as follows:

IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of Defendants and against ATEN of a finding of noninfringement with respect to direct and literal infringement and infringement under the doctrine of equivalents of claims 1-20 of U.S. Patent No. 7,640,289 ("the '289 patent").

IT IS FURTHER ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of Defendants and against ATEN of a finding of noninfringement with respect to indirect infringement of claims 1-20 of the '289 patent.

IT IS FURTHER ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of Defendants and against ATEN of a finding of noninfringement with respect to willful infringement of claims 1-20 of the '289 patent.

IT IS FURTHER ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of Defendants and against ATEN of a finding of noninfringement with respect to direct and literal infringement and infringement

under the doctrine of equivalents of claim 5 of U.S. Patent No. 6,957,287 ("the '287 patent").

IT IS FURTHER ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of Defendants and against ATEN of a finding of noninfringement with respect to indirect infringement of claim 5 the '287 patent.

IT IS FURTHER ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of Defendants and against ATEN of a finding of noninfringement with respect to willful infringement of claim 5 the '287 patent.

IT IS FURTHER ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of Defendants and against ATEN of a finding of noninfringement with respect to direct and literal infringement and infringement under the doctrine of equivalents of claims 1, 3, and 4 of U.S. Patent No. 7,472,217 ("the '217 patent").

IT IS FURTHER ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of Defendants and against ATEN of a finding of noninfringement with respect to indirect infringement of claims 1, 3, and 4 of the '217 patent.

IT IS FURTHER ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of Defendants and against ATEN of a finding of noninfringement with respect to willful infringement of claims 1, 3, and 4 of the '217 patent.

IT IS FURTHER ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of Defendants and against ATEN of a finding of noninfringement with respect to direct and literal and infringement under the doctrine of equivalents infringement of claims 3, 8, and 10 of U.S. Patent No. 8,589,141 ("the '141 patent").

IT IS FURTHER ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of Defendants and against ATEN of a finding of

noninfringement with respect to indirect infringement of claims 3, 8, and 10 of the '141 patent.

IT IS FURTHER ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of Defendants and against ATEN of a finding of noninfringement with respect to willful infringement of claims 3, 8, and 10 of the '141 patent.

IT IS FURTHER ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of Defendants and against ATEN that Defendants did prove invalidity of claims 1, 3, and 4 of the '217 patent based upon obviousness.

IT IS FURTHER ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of Defendants and against ATEN that Defendants did prove invalidity of claims 3, 8, and 10 of the '141 patent based upon anticipation.

IT IS FURTHER ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of Defendants and that Defendants do not owe any damages to ATEN.

**IT IS SO ORDERED.**

Dated: December 12, 2017

_____
Hon. Andrew J. Guilford
UNITED STATES DISTRICT COURT JUDGE