Jen-Feng Lee, SBN 204328 (jflee@ltpacificlaw.com)
Kenneth K. Tanji, Jr., SBN 162273 (ktanji@ltpacificlaw.com)
LT PACIFIC LAW GROUP, LLP
17800 Castleton Street, #560
City of Industry, CA 91748
T: 626-810-7200
F: 626-810-7300

Robert Aycock (Admitted Pro Hac Vice) (raycock@pa-law.com)
Joseph G. Pia (Admitted Pro Hac Vice) (joe.pia@padrm.com)
PIA ANDERSON MOSS HOYT
136 Est South Temple Street, Suite 1900
Salt Lake City, UT 84111
Telephone: (801) 350-9000
Facsimile: (801) 350-9010

*Attorneys for Defendants*
UNICLASS TECHNOLOGY CO. LTD., ET AL

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

ATEN TECHNOLOGY, CO. LTD.

Plaintiff,

vs.

UNICLASS TECHNOLOGY CO., LTD., et al.

Defendants.

No. 2:15-cv-04424-

**JOINT STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS TO FILE A MOTION FOR EXCEPTIONAL CASE DETERMINATION UNDER 35 U.S.C.§ 285**

Hon. Andrew Guilford

Plaintiff ATEN International Co., Ltd. ("Plaintiff") and Defendants Uniclass Technology Co., Ltd.; Electronic Technology Com., Ltd., Airlink 101, Phoebe Micro Inc., Broadtech International Co., Ltd. d/b/a Linksey, Black Box Corporation, and Black Box Corporation of Pennsylvania ("Defendants"), by and through their respective counsel, respectfully and jointly submit this request for an Extension of Time for Defendants to File a Motion of Exceptional Case Determination Under 35 U.S.C. § 285 currently set for December 26, 2017.

1. Good cause exists for this request:
    a. The Hearing on Plaintiff's Rule 50(b) Motion (dkt. No. 465) is set for January 8, 2018. The outcome of that motion could affect the scope of Defendants' Motion of Exceptional Case Determination Under 35 U.S.C. § 285.
    b. Defendants' Motion of Exceptional Case Determination Under 35 U.S.C. § 285 is due December 26, 2017, the day after Christmas. Plaintiff's Response is due two weeks later, with one of those weeks being between the Christmas and New Year's holidays.
2. The parties do not presently seek to delay or alter any other deadlines in this case and do not believe this motion, if granted, would cause any such delay.

WHEREFORE, the parties respectfully request that the Court extend the deadline for Defendants to file their Motion for Exceptional Case Determination under 35 U.S.C. §285 until January 15, 2018.

DATED: December 21, 2017.

MEI & MARK, LLP

/s/ *P. Andrew Riley*___
P. Andrew Riley

*Attorneys for Plaintiff*
*ATEN International Co., Ltd.*

PIA ANDERSON MOSS HOYT

*/s/ Joseph G. Pia*____
Joseph G. Pia

*Attorneys for Defendants*
*Uniclass Technology Co., Ltd.*
*Electronic Technology Com., Ltd.,*
*Airlink 101, Phoebe Micro Inc.,*
*Broadtech International Co., Ltd.*
*d/b/a*
*Linksey, Black Box Corporation, and*
*Black Box Corporation of*
*Pennsylvania*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served, on December 21, 2017, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*Heather DeBusk*___________
Heather DeBusk