# UNITED STATES DISTRICT COURT
## Central District of California

## APPLICATION TO THE CLERK TO TAX COSTS

ATEN International Co., Ltd.

V.　　　　　　　　　　　　　　　Case Number: 2:15-cv-04424-AG-AJW

Uniclass Technology Co., Ltd., et al.

Judgment was entered in this action on __12/12/2017__ / __469__ against __ATEN International Co., Ltd.__.
　　　　　　　　　　　　　　　　　　　　Date　　　　　Docket No.

**NO HEARING ON THIS APPLICATION WILL BE HELD UNLESS THE CLERK NOTIFIES THE PARTIES OTHERWISE.**

| Item | Amount |
|---|---|
| Filing fees: see L.R. 54-3.1 | |
| Fees for service of process: see L.R. 54-3.2 | |
| United States Marshal's fees: see L.R. 54-3.3 | |
| Reporter's transcripts: see L.R. 54-3.4 | $10,783.06 |
| Depositions: see L.R. 54-3.5 | $17,381.18 |
| Witness fees (itemize on page 2): see L.R. 54-3.6 | $11,776.00 |
| Interpreter's and translator's fees: see L.R. 54-3.7 | $5,711.72 |
| Docket fees: see L.R. 54-3.8 | |
| Masters, commissioners and receivers: see L.R. 54-3.9 | |
| Certification, exemplification and reproduction of documents: see L.R. 54-3.10 | $5,000.43 |
| Premiums on bonds and undertakings: see L.R. 54-3.11 | |
| Other Costs: see L.R. 54-3.12 (attach court order) | $140.44 |
| State Court costs: see L.R. 54-3.13 | |
| Costs on appeal: see L.R. 54-4 | |
| Cost of a bankruptcy appeal to the District Court: see L.R. 54-5 | |
| **TOTAL** | **$50,792.83** |

**NOTE:** You must attach an itemization and documentation supporting all requested fees and costs. Documentation includes receipts, orders, and stipulations. All receipts must be self-explanatory.

### DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this application has been served on all parties by:

[✓] The Court's CM/ECF System
[ ] Conventional service by first class mail
[ ] Other _____

/s/ Robert E. Aycock　　　　　　　　　　　　Robert E. Aycock
Signature　　　　　　　　　　　　　　　　　Print Name

Attorney for: Defendants Uniclass Technology Co., Ltd., et al.

Costs are taxed in the amount of _____

_____　　By: _____　　_____
Clerk of Court　　　　　　　　　　Deputy Clerk　　　　　　　　　　Date

| NAME, CITY AND STATE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| Robert Dezmelyk | 7 | $280.00 | 12 | $2,664.00 | | | $2,944.00 |
| Scott Cragun | 7 | $280.00 | 12 | $2,664.00 | | | $2,944.00 |
| Ted Chen | 7 | $280.00 | 12 | $2,664.00 | | | $2,944.00 |
| Alex Kuan | 7 | $280.00 | 12 | $2,664.00 | | | $2,944.00 |
| | | | | | | TOTAL | $11,776.00 |

**WITNESS FEES (computation, *see* 28 U.S.C. § 1821 for statutory fees)**

# CERTIFICATE OF SERVICE

I hereby certify that I have caused Defendants' Application to the Clerk to Tax Costs to be filed via CM/ECF with the Clerk of the United States District Court, Central District of California, thereby electronically serving it on all counsel of record in this matter on January 15, 2018.

*/s/ Heather DeBusk*
Heather DeBusk