Exhibit B

## REPORTERS' TRANSCRIPTS
### (L.R. 54-3.4)

| DATE | DESCRIPTION | COST |
|------|-------------|------|
| 10/12/17 | Fees to court reporter for daily trial transcripts - Miriam Veliz Baird | $7,517.76 |
| 10/29/17 | Fees to court reporter for daily trial transcripts - Alexander Joko | $3,265.30 |
| **TOTAL** | | **$10,783.06** |

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE

INVOICE NO: 00000537

**MAKE CHECKS PAYABLE TO:**

Heather De Busk
Pia Anderson Moss Hoyt
136 East South Temple 19th floor
Salt Lake City, UT 84111

Phone: (801) 350-9000

MIRIAM V. BAIRD, CSR, CCRR
Official Court Reporter
411 West Fourth Street
Suite 1-053
Santa Aa, CA 92701

Phone:

Tax ID: 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
MVB11893@aol.com

| | | DATE ORDERED: | | DATE DELIVERED: |
|---|---|---|---|---|
| ☐ CRIMINAL ☒ CIVIL | | 09-15-2017 | | 09-29-2017 |

**Case Style:** 15-04424-AG, ATEN v Uniclass
Daily Trial Transcripts (split cost) 9/19 throuh 9/28

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | 4.38 | | | 0.90 | | | 0.60 | | |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | 1312 | 5.73 | 7,517.76 | | | | | | | 7,517.76 |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. Desc. | | | | | | | MISC. CHARGES: | | | |
| | | | | | | | TOTAL: | | | 7,517.76 |
| | | | | | LESS DISCOUNT FOR LATE DELIVERY: | | | | | |
| | | | | | | TAX (If Applicable): | | | | |
| **Check No: 2025** | | Deposit Date: 09-20-2017 | | | | LESS AMOUNT OF DEPOSIT: | | | | 4,000.00 |
| | | | | | | TOTAL REFUND: | | | | |
| | | Date Paid: | | Amt: | | TOTAL DUE: | | | | $3,517.76 |

ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an ord
for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the
ordinary delivery rate.

CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the
Judicial Conference of the United States.

| SIGNATURE: | | DATE |
|---|---|---|
| | | 09-29-2017 |

*(All previous editions of this form are
cancelled and should be destroyed)*



. PDF created with pdfFactory trial version www.pdffactory.com

Alexander Joko
350 W 1st St. Room 4311
L.A., CA  90012

# Invoice

BILL TO
LT Pacific Law Group

| INVOICE # | DATE | TOTAL DUE | | ENCLOSED |
|-----------|------|-----------|---|----------|
| 1130 | 10/13/2017 | $0.00 | | |

| ACTIVITY | AMOUNT |
|----------|--------|
| Daily Trial Transcript Split | 2,039.20 |
| ATEN v Uniclass Split Trial transcripts 9/20-22/17 | |
| realtime rough | 1,226.10 |
| Receiving cleaned-up rough same day | |

PAID

| | |
|---|---|
| PAYMENT | 3,265.30 |
| BALANCE DUE | **$0.00** |

## DEPOSITIONS
## (L.R. 54-3.5)

| DATE | DESCRIPTION | COST |
|---|---|---|
| 06/01/15 | Charles Narad deposition transcript – O'Brien & Levine (Total = $1041.05 minus expedited transcription and shipping costs) | $622.25 |
| 06/02/15 | Mike Wirthlin deposition transcript – DTI | $1,735.00 |
| 03/03/17 | Deposition witness fee – Robert Dezmelyk | $40.00 |
| 03/03/17 | Jeffrey Snell deposition transcript – Jaguar Reporting | $1,475.00 |
| 03/17/17 | Robert Dezmelyk deposition transcript – Veritext (Total = $3,644.99 minus interest) | $3,591.12 |
| 05/23/17 | Tal Lavian deposition transcript – Veritext | $5896.55 |
| 05/24/17 | Deposition witness fee – Scott Cragun | $40.00 |
| 06/07/17 | Scott Cragun deposition transcript – Planet Depos | $1,625.09 |
| 06/08/17 | Tal Lavian deposition color scanning of exhibits – Veritext | $2,121.00 |
| 09/01/17 | Certified trial transcripts: Alex Kuan, Chung Chen, Kevin Chen, Ted Chen, Charlie Hsueh, Doris Liu & Scott Cragen – Planet Depos | $235.17 |
| **TOTAL** | | **$17,381.18** |

Federal Mileage Rate: 53.5 cents per mile

# INVOICE



**O'BRIEN&LEVINE**
Court Reporting Services

WORLDWIDE COVERAGE
www.court-reporting.com

*Uniclass in BATC*

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 66166 | 5/28/2015 | 62804 |
| **Job Date** | **Case No.** | |
| 5/27/2015 | 2:14-CV-00852-JRG | |
| **Case Name** | | |
| ATEN International Co. v. Uniclass Technology Co., et al. | | |
| **Payment Terms** | | |
| Net 30, after 30 int. @ 1.5% per month | | |

Lannea Butler
Pia Anderson Dorius Reynard & Moss
222 South Main Street
Suite 1830
Salt Lake City UT  84101

---

Medical/Technical Transcript/Index of:

| | | | | |
|---|---|---|---|---|
| Charles Eric Narad | 88.00 Pages | @ | 4.35 | 382.80 |
| Requested 1 Day Expedite | | | | 382.80 |
| Attendance | | | 125.00 | 125.00 |
| Exhibits Scanned | 227.00 Pages | @ | 0.35 | 79.45 |
| Electronic File Formats | | | 20.00 | 20.00 |
| Transcript Archiving | | | 15.00 | 15.00 |
| Next Day Shipping | | | 36.00 | 36.00 |
| Condensed Transcript | | | 0.00 | 0.00 |
| | | **TOTAL DUE >>>** | | **$1,041.05** |

Ordered By      : Joseph G. Pia
                Pia Anderson Dorius Reynard & Moss
                222 South Main Street
                Suite 1830
                Salt Lake City, UT 84101

**\*NEW\***
Latest Technology: Go Paperless!
Eliminate shipping and copying costs associated with exhibits at your deposition. Introduce your exhibits via iPad or laptop.  To set up your demo, contact Deb Curran at Deb@court-reporting.com

Tax ID: 04-3106514                                    Phone: 801.350.9000    Fax:801-350-9010

*Please detach bottom portion and return with payment.*

---

Lannea Butler
Pia Anderson Dorius Reynard & Moss
222 South Main Street
Suite 1830
Salt Lake City UT  84101

| | | | | |
|---|---|---|---|---|
| Job No. | : 62804 | BU ID | : 1-MAIN | |
| Case No. | : 2:14-CV-00852-JRG | | | |
| Case Name | : ATEN International Co. v. Uniclass Technology Co., et al. | | | |
| Invoice No. | : 66166 | | Invoice Date | :5/28/2015 |
| **Total Due** | **: $ 1,041.05** | | | |

Remit To: **O'Brien & Levine      888.825.3376**
          **195 State Street, 5th Floor**
          **Boston MA  02109**

**PAYMENT WITH CREDIT CARD**      AMEX  MASTERCARD  VISA

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____ Phone#: _____
Billing Address: _____
Zip: _____ Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____



Pia Anderson Dorius Reynard & Moss, LLC
222 South Main Street, Suite 1830
Salt Lake City UT 84101-2194

Attn: Robert Aycock

**Invoice #:** 1896037
**Invoice Date:** 30-Jun-2015
**Our Order #:** 030-BO-043307-02

| Matter ID | Client Reference | Client PO | Claim Number | Claim Type | Name of Insured |
|---|---|---|---|---|---|
| **Your File Number** | **Firm Matter ID** | **Claim Office** | **Sub Claim #** | **Date of Loss** | |
| | | | | | |

Terms: Due upon receipt

### Aten International Co.,LTD., v. Uniclass Technology Co., LTD
### Case Number: 1:14-cv-852-JRG

COPY OF TRANSCRIPT: $1,735.00

**Job Date:** 02-Jun-2015
**Depouent:** Dr. Michael Wirthlin

| | |
|---|---|
| **Subtotal:** | **$1,735.00** |
| **Sales Tax** | **$.00** |
| **Total Invoice USD** | **$1,735.00** |

Service Location:
    Salt Lake City UT

Thank You. Your Business is appreciated.

**REMIT TO:**
DTI
PO Box 936158
Atlanta, GA 31193-6158

For credit card payments, please visit
https://ww2.e-billexpress.com/ebpp/DTI

**PLEASE PAY FROM THIS INVOICE**
**ABA Routing #: 121000248**
**Beneficiary Account #: 4125126904**
**Beneficiary Name: DTI**

Tax No: 58-2413793

Corporation –
No 1099

# JAGUAR REPORTING
*44 COURT STREET SUITE 1207*
*BROOKLYN, NEW YORK 11201*
*Tax I.D. 80-0006447*
*Phone: (718) 858-7700*

Uniclass
in B4T

# Invoice

| Date | Invoice # |
|------|-----------|
| 3/27/2017 | 42319-2017 |

## Bill To

PIA ANDERSON MOSS HOYT, ESQS.
136 EAST SOUTH TEMPLE, SUITE 1900
SALT LAKE CITY, UTAH 84111


Certified
WBE
*Women's Business Enterprise*

| Date of Case | Terms | Job# |
|--------------|-------|------|
| 03-03-2017 | Net 30 | 42319 |

| Description | Qty | Amount |
|-------------|-----|--------|
| APPEARANCE, AM | 1 | 60.00 |
| APPEARANCE, PM | 1 | 60.00 |
| Condensed Transcript | 1 | 25.00 |
| EXAMINATION OF: JEFFREY G. SNELL | 200 | 1,300.00 |
| ***EXPERT TESTIMONY*** | | |
| | | |
| ATEN TECHNOLOGY, CO. LTD | | |
| VS | | |
| UNICLASS TECHNOLOGY CO., LTD., ET AL | | |
| | | |
| BY: JOSEPH G. PIA, ESQ. | | |
| | | |
| SHIPPING & HANDLING | 1 | 30.00 |

Thank you for your business.

**Total**      $1,475.00

| Phone # | Fax # | E-mail | Web Site |
|---------|-------|--------|----------|
| 718-858-7700 | 718-858-7080 | Jaguarreporting@gmail.com | www.JaguarReporting.com |

Free Access to Your "Transcript Library" Any Time. LogIn to
www.JaguarReporting.com

## Veritext Corp
## Mid-Atlantic Region

1801 Market St., Suite 1800
Philadelphia PA 19103
Tel. 888-777-6690 Fax. 215-241-1539
Fed. Tax ID: 20-3132569



| **Bill To:** | Robert E. Aycock, Esq. | | | | **Invoice #:** | PA2912463 |
| | Pia Anderson Dorius Reynard & Moss | | | | **Invoice Date:** | 3/17/2017 |
| | 136 East South Temple | | | | **Balance Due:** | $0.00 |
| | Suite 1900 | | | | | |
| | Salt Lake City, UT, 84111 | | | | | |

| **Case:** | Aten International Co., Ltd v. Uniclass Technology Co. Ltd |
| **Job #:** | 2552535 I Job Date: 3/3/2017 I Delivery: Normal |
| **Billing Atty:** | Robert E. Aycock, Esq. |
| **Location:** | Arrowood Peters LLP |
| | 10 Post Office Square I 7th Floor I Boston, MA 02109 |
| **Sched Atty:** | Timothy Devlin, Esq I Devlin Law Firm |

| **Witness** | **Description** | **Units** | **Quantity** | **Price** | **Amount** |
|---|---|---|---|---|---|
| | Certified Transcript | Page | 366.00 | $3.25 | $1,189.50 |
| | Exhibits - Color | Per Page | 779.00 | $1.50 | $1,168.50 |
| Robert Dezmelyk | Exhibits | Per Page | 430.00 | $0.65 | $279.50 |
| | Rough Draft | Page | 366.00 | $2.00 | $732.00 |
| | Litigation Package | 1 | 1.00 | $45.00 | $45.00 |
| | Shipping & Handling | Package | 1.00 | $176.62 | $176.62 |
| **Notes:** | | | | **Invoice Total:** | $3,591.12 |
| | | | | **Payment:** | ($3,644.99) |
| | | | | **Credit:** | $0.00 |
| | | | | **Interest:** | $53.87 |
| | | | | **Balance Due:** | $0.00 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

### To pay online, go to
### www.veritext.com

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

51699

**Please remit payment to:**
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| **Invoice #:** | PA2912463 |
| **Job #:** | 2552535 |
| **Invoice Date:** | 3/17/2017 |
| **Balance:** | $0.00 |

## Veritext Corp
## Hahn & Bowersock Division



20 Corporate Park, #350
Irvine CA 92606
Tel. 800.660.3187 Fax. 714.662.1398
Fed. Tax ID: 20-3132569

**Bill To:** Robert E. Aycock, Esq.
Pia Anderson Dorius Reynard & Moss
136 East South Temple
Suite 1900
Salt Lake City, UT, 84111

| | |
|---|---|
| **Invoice #:** | OC2984703 |
| **Invoice Date:** | 5/31/2017 |
| **Balance Due:** | $0.00 |

| | |
|---|---|
| **Case:** | Aten Technology, Co. LTD. v. Uniclass Technology Co., LTD. |
| **Job #:** | 2621892 I Job Date: 5/23/2017 I Delivery: Expedited |
| **Billing Atty:** | Robert E. Aycock, Esq. |
| **Location:** | Finnegan Henderson Farabow Garrett & Dunner |
| | 3300 Hillview Avenue I Palo Alto, CA 94303 |
| **Sched Atty:** | Robert E. Aycock, Esq. I Pia Anderson Dorius Reynard & Moss |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Tal Lavian , PhD | Original with 1 Certified Transcript | Page | 397.00 | $9.00 | $3,573.00 |
| | Surcharge - Extended Hours | Hour | 2.75 | $40.00 | $110.00 |
| | Rough Draft | Page | 397.00 | $1.50 | $595.50 |
| | Litigation Package | 1 | 1.00 | $35.00 | $35.00 |
| | Production & Processing | 1 | 1.00 | $45.00 | $45.00 |
| | Exhibits Scanned-Searchable - OCR | Per Page | 4323.00 | $0.35 | $1,513.05 |
| | Shipping & Handling | Package | 1.00 | $25.00 | $25.00 |

**Notes:**

| | |
|---|---|
| **Invoice Total:** | $5,896.55 |
| **Payment:** | ($5,896.55) |
| **Credit:** | $0.00 |
| **Interest:** | $0.00 |
| **Balance Due:** | $0.00 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**To pay online, go to**
**www.veritext.com**

51699      Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| | |
|---|---|
| **Invoice #:** | OC2984703 |
| **Job #:** | 2621892 |
| **Invoice Date:** | 5/31/2017 |
| **Balance:** | $0.00 |

# INVOICE


**Planet Depos**
We Make It Happen

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 174195 | 6/7/2017 | 145546 |
| **Job Date** | **Case No.** | |
| 5/24/2017 | 2:14-cv-00852-JRG / 15-cv-4424-AJG-AJW | |
| **Case Name** | | |
| ATEN International Co., Ltd. -v- Uniclass Technology Co., Ltd. et al | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Joseph G. Pia, Esquire
*Pia Anderson Moss Hoyt
136 E. South Temple
Suite 1900
Salt Lake City, UT 84111

TRANSCRIPT WITH INDEX OF:

| | | | |
|---|---|---|---:|
| Scott Cragun | 295.00 | Pages | 1,150.50 |
| Hard Copy Transcript | 295.00 | Pages | 35.40 |
| Exhibits | 733.00 | Pages | 307.86 |
| Processing Fee | | | 42.00 |
| Shipping & Handling | | | 42.00 |
| Convenience Fee | | | 47.33 |

**TOTAL DUE >>>**     **$1,625.09**

Due upon receipt and is not contingent on client payment.

For your convenience we now accept payments via wire transfer.
Account Number: 1048289     Wire Routing Number: 055003528
We accept all major credit cards, subject to a 3% convenience fee.

For billing questions, please email billing@planetdepos.com or call 888.433.3767. Invoice disputes must be brought to our attention within 30 days of receipt. Thank you for your business.

| | |
|---|---:|
| **(-) Payments/Credits:** | 1,625.09 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **$0.00** |

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Joseph G. Pia, Esquire
*Pia Anderson Moss Hoyt
136 E. South Temple
Suite 1900
Salt Lake City, UT 84111

| | | |
|---|---|---|
| Invoice No. | : | 174195 |
| Invoice Date | : | 6/7/2017 |
| **Total Due** | : | **$0.00** |

Remit To:    **Planet Depos, LLC**
           **405 East Gude Drive**
           **Suite 209**
           **Rockville, MD 20850**

| | | |
|---|---|---|
| Job No. | : | 145546 |
| BU ID | : | 21-OOT-R |
| Case No. | : | 2:14-cv-00852-JRG / 15-cv-4424-AJG-AJW |
| Case Name | : | ATEN International Co., Ltd. -v- Uniclass Technology Co., Ltd. et al |

**Veritext Corp**
**Hahn & Bowersock Division**

**HAHN & BOWERSOCK**
**A VERITEXT COMPANY**

20 Corporate Park, #350
Irvine CA 92606
Tel. 800.660.3187 Fax. 714.662.1398
Fed. Tax ID: 20-3132569

**Bill To:** Robert E. Aycock, Esq.
Pia Anderson Dorius Reynard & Moss
136 East South Temple
Suite 1900
Salt Lake City, UT, 84111

| | |
|---|---|
| **Invoice #:** | OC2995866 |
| **Invoice Date:** | 6/8/2017 |
| **Balance Due:** | $0.00 |

| | |
|---|---|
| **Case:** | Aten Technology, Co. LTD. v. Uniclass Technology Co., LTD. |
| **Job #:** | 2621892 I Job Date: 5/23/2017 I Delivery: Normal |
| **Billing Atty:** | Robert E. Aycock, Esq. |
| **Location:** | Finnegan Henderson Farabow Garrett & Dunner |
| | 3300 Hillview Avenue I Palo Alto, CA 94303 |
| **Sched Atty:** | Robert E. Aycock, Esq. I Pia Anderson Dorius Reynard & Moss |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Tal Lavian , PhD | Scanning (Color) | | 2828.00 | $0.75 | $2,121.00 |
| **Notes:** Copy service charges for color scanning that was not billed. | | | | **Invoice Total:** | $2,121.00 |
| | | | | **Payment:** | ($2,254.16) |
| | | | | **Credit:** | $0.00 |
| | | | | **Interest:** | $133.16 |
| | | | | **Balance Due:** | $0.00 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**To pay online, go to**
**www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

51699

**Please remit payment to:**
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| | |
|---|---|
| **Invoice #:** | OC2995866 |
| **Job #:** | 2621892 |
| **Invoice Date:** | 6/8/2017 |
| **Balance:** | $0.00 |

# INVOICE



## Planet **Depos**
We Make It *Happen*™

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 174201 | 9/1/2017 | 145546 |
| **Job Date** | **Case No.** | |
| 5/24/2017 | 2:14-cv-00852-JRG / 15-cv-4424-AJG-AJW | |
| **Case Name** | | |
| ATEN International Co., Ltd. -v- Uniclass Technology Co., Ltd. et al | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Heather Debusk
*Pia Anderson Moss Hoyt
136 E. South Temple
Suite 1900
Salt Lake City, UT 84111

SERVICES:

HBs for ATEN International Co., Ltd. -v- Uniclass Technology Co., Ltd. et al

| | | |
|---|---|---|
| Hard Copy Transcript | 1,111.00 Pages | 133.32 |
| Shipping & Handling | | 95.00 |
| Convenience Fee | | 6.85 |
| | **TOTAL DUE  >>>** | **$235.17** |

Due upon receipt and is not contingent on client payment.

For your convenience we now accept payments via wire transfer.
Account Number: 1048289          Wire Routing Number: 055003528
We accept all major credit cards, subject to a 3% convenience fee.

For billing questions, please email billing@planetdepos.com or call 888.433.3767.  Invoice disputes must be brought to our attention within 30 days of receipt.  Thank you for your business.

| | |
|---|---|
| **(-) Payments/Credits:** | 235.17 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **$0.00** |

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Heather Debusk
*Pia Anderson Moss Hoyt
136 E. South Temple
Suite 1900
Salt Lake City, UT 84111

| | | |
|---|---|---|
| Invoice No. | : | 174201 |
| Invoice Date | : | 9/1/2017 |
| **Total Due** | : | **$0.00** |

| | | |
|---|---|---|
| Job No. | : | 145546 |
| BU ID | : | 21-OOT-R |
| Case No. | : | 2:14-cv-00852-JRG / 15-cv-4424-AJG-AJW |
| Case Name | : | ATEN International Co., Ltd. -v- Uniclass Technology Co., Ltd. et al |

Remit To:  **Planet Depos, LLC**
**405 East Gude Drive**
**Suite 209**
**Rockville, MD  20850**

## WITNESS FEES
## (L.R. 54-3.6)

| WITNESS | DATES OF ATTENDANCE | DAYS IN COURT | COST |
|---|---|---|---|
| Robert Dezmelyk | September 19-22 & September 26-28 | 7 | $280.00 |
| Scott Cragun | September 19-22 & September 26-28 | 7 | $280.00 |
| Ted Chen | September 19-22 & September 26-28 | 7 | $280.00 |
| Alex Kuan | September 19-22 & September 26-28 | 7 | $280.00 |
| **TOTAL** | | | **$1,120.00** |

Attendance fee for court is $40/day


## WITNESS FEES
## (L.R. 54-3.6)

| WITNESS | DATES OF STAY | DAYS IN CA | COST |
|---|---|---|---|
| Robert Dezmelyk | September 18-28 | 12 | $2664.00 |
| Scott Cragun | September 18-28 | 12 | $2664.00 |
| Ted Chen | September 18-28 | 12 | $2664.00 |
| Alex Kuan | September 18-28 | 12 | $2664.00 |
| **TOTAL** | | | **$10,656.00** |

Note: Per GSA.gov website:
Lodging in CA 2017 = $158/day
Meals & Incidentals = $64.00/day

## INTERPRETER'S & TRANSLATOR'S FEES
## (L.R. 54-3.7)

| DATE | DESCRIPTION | COST |
|---|---|---|
| 09/15/16 | Translation of Taipei court documents – Julienne H. Ohara-Hsu | $29.72 |
| 09/29/16 | Translation of Japanese Patent application 2001-229119 – Nelles Translations | $2,571.00 |
| 01/30/17 | Translation of publication of the unexamined patent application No: 2001-229119 – Nelles Translations | $2,461.00 |
| 09/26/17 | Court interpreter for Ted Chen and Alex Kuan – Catherine Shu | $650.00 |
| **TOTAL** | | **$5,711.72** |

# INVOICE

## Julienne H. Ohara-Hsu
Mandarin <> English Interpreter/Translator

25797 Mission Rd.
Loma Linda, CA 92354
626-589-1674

*DATE:* September 14, 2016
*PO #*

*FOR:* Editing and certification

*To:* LT Pacfic Law Group, LLP
17800 Castleton St.
St. 560
City of Industry, CA 91748

| DESCRIPTION | Rate Per Word | # of Words | AMOUNT |
|---|---|---|---|
| Translate-2015-1007-dh | 0.04 | 334 | $13.36 |
| Translate-2016-0122-dh | 0.04 | 409 | $16.36 |

PAID
CK# 1908 - 9/15/2016
$29.72

SUBTOTAL  $ 29.72



When held to light, if watermarks are not present, do not cash. See back for additional security features.

LT PACIFIC LAW GROUP LLP
17800 CASTLETON STREET, SUITE #560
CITY OF INDUSTRY, CA 91748

1908
16-49/1220

DATE 9/15/2016

PAY TO THE ORDER OF  Julienne Hsu          |$ 29.72

Twenty - Nine and 72/100 only          DOLLARS

UNION BANK
PUENTE HILLS OFFICE 4-085
17699 COLIMA ROAD
CITY OF INDUSTRY, CA 91748

FOR Uniclass (edit & certification)

⑈00⑈908⑈ ⑊⑈220004⑈6⑈⑈ 0850081298⑈

# legaltranslations.biz

**(Division of Nelles Translations)**

# Invoice



**Date: 9/29/16**

Pia Anderson Moss Hoyt
136 East South Temple,
19th Floor
Salt Lake City, UT 84111
Attn: Mr. Brody Miles

**Our job number:** 60624

(Please show this on your payment)

**Your ref:**

## Services Provided

| Description | Cost |
|---|---|
| For translation of Japanese patent 2001-229119 | $2571.00 |
| | |
| | |
| | |
| TRANSLATION TO BE DELIVERED BY EMAIL ON 9/29/16 | |
| | |
| | |
| Total | $2571.00 |

# Terms are net 15 days

20 N. Wacker Drive –Suite 1408• Chicago, IL 60606 • 312-977-9772• 866-615-8606 (FAX)
• www.legaltranslations.biz

# legaltranslations.biz

**(Division of Nelles Translations)**

# Invoice



**Date:  1/29/17**

Pia Anderson Moss Hoyt
136 East South Temple,
19th Floor
Salt Lake City, UT 84111
Attn: Mr. Robert Aycock

| Our job number: | 70066 |
|---|---|

**(Please show this on your payment)**

**Your ref:**

## Services Provided

| Description | Cost |
|---|---|
| For translation of  Publication of the Unexamined Patent Application No. 2001 - 229119 | $2461.00 |
| | |
| | |
| | |
| TRANSLATION TO BE DELIVERED BY EMAIL ON 1/29/17 | |
| | |
| | |
| **Total** | $2461.00 |

# Terms are net 15 days

20 N. Wacker Drive –Suite 1408• Chicago, IL 60606 • 312-977-9772• 866-615-8606 (FAX)
• www.legaltranslations.biz

# Invoice

**Catherine Shu**
*Court Ceretified Mandarin Interpreting Services*

P O Box 824
Sierra Madre
CA 91025
626-463-3299
http://catherineinterpreting.com
catherineshu965@hotmail.com

| | |
|---|---|
| Invoice No. | 092617LTPacific |
| Invoice Date: | September 26, 2017 |
| Due Date: | Upon receipt |
| Bill To: | LT Pacific Law Group, LLP |
| Address: | 17800 Castleton Street, #560 |
| | City of Industry, CA 91748 |
| Phone: | 626-810-7200 |
| E-mail: | dhsu@ltpacificlaw.com |
| Web: | www.ltpacificlaw.com |

| Description | Units | Cost Per Unit | Amount |
|---|---|---|---|
| Mandarin Intrpretation | | | |
| Trial | 1 | 650.00  $ | 650.00 |
| Date/Time: 9/26/2017; 0900 - 1630 | | | |
| Location: Santa Ana Federal Courthouse; Court: 10D | | | |
| Case: Aten Int'l vs. Uniclass Technology; SACV15-04424-AG | | | |
| Witness(es): Quan & Chen | | | |
| | | Received | |
| | | **TOTAL DUE** | **650.00** |

Please make check(s) payable to **Catherine Shu**
Payment due immediately.

## Thank you for your business!



PAID
CK# 2027 - 9/27/2017
$ 650.00

## CERTIFICATION, EXEMPLIFICATION & REPRODUCTION OF DOCUMENTS
## (L.R. 54-3.10)

| DATE | DESCRIPTION | COST |
|---|---|---|
| 6/15/15 | Mandatory document printing, photocopying for hearing – Rapid Legal | $40.95 |
| 1/31/17 | Document printing and preparation for hearing – Bosco Legal Services, Inc. (Total = $565.80 minus service fee and rush fee) | $475.80 |
| 2/17/17 | Document printing and preparation for hearing – Bosco Legal Services, Inc. (Total = $727.70 minus service fee and rush fee) | $637.70 |
| 2/28/17 | Document printing and preparation for hearing – Bosco Legal Services, Inc. (Total = $220.85 minus service fee and rush charge) | $110.85 |
| 10/02/17 | Document printing and preparation & binder assembly fees for trial exhibits including blue tagged set for court; color copies ($2,356.25) and B&W copies ($1,378.88) – Litigation Support Professionals | $3,735.13 |
| **TOTAL** | | **$5,000.43** |



**R**APID **L**EGAL INC™

*File & Serve Solutions!*

Rapid Legal, Inc.
PO Box 4748
Chino Hills, CA 91709

## Credit Card Payment Receipt
For: 6/29/2015

Account #: 31487
Account Name: LT Pacific Law Group LLP
Address: 17800 Castleton Street, #560
City, State, Zip: Billing Code:, 63235

Date: 6/30/2015

**Payment: $40.95**

Invoices Paid

| Date | Invoice Number | Amount |
|------|----------------|--------|
| 06-29-2015 | 1082167 | $40.95 |

| | Total: | $40.95 |

**Bosco Legal Services, Inc.**
4651 Brookhollow Circle, Ste. C
Riverside, CA 92509

INVOICE: 1238936
Issued: Jan 31, 2017

**Pia Anderson Moss Hoyt**
Lannea Butler
136 South Temple Suite 1900
Salt Lake , Ut 413223

PAY TO:
**Bosco Legal Services, Inc.**
4651 Brookhollow Circle, Ste. C
Riverside, CA 92509

| Case: | 2:15-CV-04424-BRO-AJW | Plaintiff / Petitioner: | ATEN INTERNATIONAL |
|-------|------------------------|-------------------------|---------------------|
| Job: | 1238936 (413223) | Defendant / Respondent: | UNICLASS TECH |

| Item | Description | Cost | Quantity | Total |
|------|-------------|------|----------|-------|
| SERVICE FEE RE: DELIVERY | | $65.00 | 1 | $65.00 |
| RUSH FEE | | $25.00 | 1 | $25.00 |
| DOCUMENT PREPARATION | | $0.20 | 2369 | $473.80 |
| BLUE BACK | | $1.00 | 2 | $2.00 |

| Payment | Description | Amount Paid |
|---------|-------------|-------------|
| Jan 31, 2017 | CC | ($565.80) |

Deliver Courtesy copies to Honorable Andrew J. Guilford court 10D
File #: 413223
Completed on: 1/31/17

Total: $565.80
Amount Paid: ($565.80)
**Balance Due:** **$0.00**

Thank you for your business. Please pay the balance due upon receipt.

Please note that we are in the process of changing our invoicing system, so your
invoices will look different than you are used to. Thank you for your patience and
understanding as we make this transition.
Tax ID#: 33-0334973



Bosco Legal Services, Inc. • 4651 Brookhollow Circle, Ste. C, Riverside, CA 92509

Call: (877) 353-8281 • Fax: (951) 353-8286 • Email: accounting@boscolegal.org • Visit: www.BoscoLegal.org

**Bosco Legal Services, Inc.**
4651 Brookhollow Circle, Ste. C
Riverside, CA 92509

INVOICE:   1260072
Issued:   Feb 17, 2017

**Pia Anderson Moss Hoyt**
Lannea Butler
136 South Temple Suite 1900
Salt Lake , Ut 413223

PAY TO:
**Bosco Legal Services, Inc.**
**4651 Brookhollow Circle, Ste. C**
**Riverside, CA 92509**

| Case: | 2:15-CV-04424-BRO-AJW | Plaintiff / Petitioner: | ATEN INTERNATIONAL |
|---|---|---|---|
| Job: | 1260072 (413586) | Defendant / Respondent: | UNICLASS TECH |

| Item | Description | Cost | Quantity | Tax | Total |
|---|---|---|---|---|---|
| SERVICE FEE | | $65.00 | 1 | | $65.00 |
| RUSH FEE | | $25.00 | 1 | | $25.00 |
| 4058 PAGES @ .15 | | $608.70 | 1 | | $608.70 |
| 40 TABS @ .25 | | $10.00 | 1 | | $10.00 |
| 19 BB @ 1.00 | | $19.00 | 1 | | $19.00 |

| Payment | Description | Amount Paid |
|---|---|---|
| Feb 13, 2017 | CC | ($727.70) |

DELIVER COURTESY COPIES FOR HONORABLE ANDREW J. GUILFORD TO THE CLERKS
OFFICE SINCE THEY ARE UNDER SEAL.
Completed on:

Thank you for your business. Please pay the balance due upon receipt.

Please note that we are in the process of changing our invoicing system, so your
invoices will look different than you are used to. Thank you for your patience and
understanding as we make this transition.
Tax ID#: 33-0334973

| | |
|---|---|
| Subtotal: | $727.70 |
| Tax: | $0.00 |
| Total: | $727.70 |
| Amount Paid: | ($727.70) |
| **Balance Due:** | **$0.00** |



**Bosco Legal Services, Inc.**
4651 Brookhollow Circle, Ste. C
Riverside, CA 92509

**INVOICE:   1286144**
Issued:   Feb 28, 2017

**Pia Anderson Moss Hoyt**
Lannea Butler
136 South Temple Suite 1900
Salt Lake , Ut 413223

PAY TO:
**Bosco Legal Services, Inc.**
4651 Brookhollow Circle, Ste. C
Riverside, CA 92509

| Case: | 2:15-CV-04424-BRO-AJW | Plaintiff / Petitioner: | ATEN TECHNOLOGY |
| Job: | 1286144 (413860) | Defendant / Respondent: | UNICLASS TECHNOLOGY |

| Item | Description | Cost | Quantity | Tax | Total |
|------|-------------|------|----------|-----|-------|
| SERVICE FEE RE: DELIVERY | | $65.00 | 1 | | $65.00 |
| RUSH CHARGE | | $25.00 | 1 | | $25.00 |
| DOCUMENT PREPARATION | | $110.85 | 1 | | $110.85 |

| Payment | Description | Amount Paid |
|---------|-------------|-------------|
| Feb 28, 2017 | CC | ($200.85) |

DELIVER COURTESY COPIES FOR HONORABLE ANDREW J. GUILFORD TO THE CLERKS
OFFICE
Completed on: 2/28/17

Thank you for your business. Please pay the balance due upon receipt.

Please note that we are in the process of changing our invoicing system, so your
invoices will look different than you are used to. Thank you for your patience and
understanding as we make this transition.
Tax ID#: 33-0334973

| | |
|---|---|
| Subtotal: | $200.85 |
| Tax: | $0.00 |
| Total: | $200.85 |
| Amount Paid: | ($200.85) |
| **Balance Due:** | **$0.00** |



Bosco Legal Services, Inc.  •  4651 Brookhollow Circle, Ste. C, Riverside, CA 92509

Call: (877) 353-8281   •   Fax: (951) 353-8286   •   Email: accounting@boscolegal.org   •   Visit: www.BoscoLegal.org



# LITIGATION
# SUPPORT
# PROFESSIONALS

# Invoice

| Date | Invoice # |
|------|-----------|
| 10/2/2017 | 4567 |

19340 Jesse Lane
Suite 240
Riverside, CA 92508

| Bill To |
|---------|
| **PIA ANDERSON MOSS HOYT**<br>**Joseph G. Pia, Esq.**<br>**136 East South Temple**<br>**19th Floor**<br>**Salt Lake City, UT 84111** |

| Project | Our File # | Client File # | TAX ID # |
|---------|-----------|---------------|----------|
| ATEN v. Uniclass | 3176-17 | 2:15-cv-04424 | **36-4550144** |

| Item | Description | Qty | Rate | Amount |
|------|-------------|-----|------|--------|
| Trial Litigation Su... | Trial Litigation Support: In-trial presentation of evidence in USDC (Central District, CA): Please refer to attached detail | 59.5 | 185.00 | 11,007.50 |
| Trial Litigation Su... | Trial Litigation Support: After hours support at war room before and after trial (assisting attorneys in witness direct and cross examination, exhibits, testimony, etc.): Please refer to attached detail. | 27 | 150.00 | 4,050.00 |
| Trial Equipment R... | Trial Equipment Rental: Evidence presentation system already in place in Judge Guilford's Courtroom: 10D. A high speed laser printer, portable scanner, primary and secondary trial laptops connected to the court's evidence presentation system. | 12 | 95.00 | 1,140.00 |
| Trial Equipment R... | War Room Equipment Rental: High speed Production Color/B&W Laser Printer | 12 | 45.00 | 540.00 |
| Pre-Trial Litigatio... | Pre-Trial Litigation Support: DAVID ILTEN: Please refer to attached detail | 6 | 185.00 | 1,110.00 |
| Pre-Trial Litigatio... | Pre-Trial Litigation Support: Client meetings/ Trial Prep./ Email exchanges/ Phone Exchanges. Please refer to attached detail. | 12.5 | 150.00 | 1,875.00 |
| Document Coding | Document Coding: Please refer to attached detail. | 3.5 | 75.00 | 262.50 |
| Database Manage... | Database Management/Quality Control: Please refer to attached detail. | 29.75 | 150.00 | 4,462.50 |
| Document Index P... | Document Index Preparation: Please refer to attached detail. | 1.5 | 75.00 | 112.50 |
| Exhibit Binder As... | Exhibit Binder Assembly: Please refer to attached detail. | 9.5 | 75.00 | 712.50 |
| Image Verification | Image Verification: Please refer to attached detail. | 8.75 | 75.00 | 656.25 |
| Document Printin... | Document Printing B/W 8.5 x 11: One set of joint exhibits (blue tagged set for the court) | 11,031 | 0.125 | 1,378.88T |
| Document Printin... | Document Printing Color 8.5 X 11: One set of joint exhibits (blue tagged set for the court) | 3,625 | 0.65 | 2,356.25T |
| Discount on Servi... | Discount on Services: Volume discount color printing | 3,625 | -0.30 | -1,087.50T |
| Retainer Fee | Upfront Deposits/ Retainer: 4 retainers received:<br>9/6/17 $4008.75<br>9/13/17 $3240.00<br>9/18/17 $7143.13<br>9/29/17 $10,000.00 | 1 | ******** | -24,391.88 |

| Thank you for your business. | | | | Sales Tax (8.75%) | |
|------------------------------|--|--|--|-------------------|--|
| | | | | **Total** | |

| Phone # | Fax # | Alt. Phone # | E-mail | Web Site |
|---------|-------|--------------|--------|----------|
| (951) 686-6880 | (951) 346-3699 | (951) 202-8448 | dilten@litsupportpros.com | www.litsupportpros.com |


**LITIGATION**
**SUPPORT**
**PROFESSIONALS**

# Invoice

| Date | Invoice # |
|------|-----------|
| 10/2/2017 | 4567 |

19340 Jesse Lane
Suite 240
Riverside, CA 92508

**Bill To**

PIA ANDERSON MOSS HOYT
Joseph G. Pia, Esq.
136 East South Temple
19th Floor
Salt Lake City, UT 84111

| Project | Our File # | Client File # | TAX ID # |
|---------|-----------|---------------|----------|
| ATEN v. Uniclass | 3176-17 | 2:15-cv-04424 | 36-4550144 |

| Item | Description | Qty | Rate | Amount |
|------|-------------|-----|------|--------|
| Reimbursed Expe... | Reimbursed Expenses: Daily Court Parking/Meal expenses: Please refer to attached detail. | 1 | 110.00 | 110.00 |
| Discount on Servi... | Discount on Services: Early payment discount | | -1000.00 | -1,000.00 |
| | Case Name: ATEN International v. Uniclass Technology<br>Case NO: 2:15-cv-04424-AG-AJW<br><br>Please contact DAVID ILTEN at (951) 202-8448 with any questions related to this invoice. This invoice represents services rendered from 9/7/17 through 9/28/17.<br><br>Thank you,<br>Litigation Support Professionals, Inc. | | | |

Thank you for your business.

| | | | |
|---|---|---|---|
| **Sales Tax (8.75%)** | | | $231.67 |
| **Total** | | | $3,526.17 |

| Phone # | Fax # | Alt. Phone # | E-mail | Web Site |
|---------|-------|--------------|--------|----------|
| (951) 686-6880 | (951) 346-3699 | (951) 202-8448 | dilten@litsupportpros.com | www.litsupportpros.com |

## OTHER COSTS
## (L.R. 54-3.12)

| DATE | DESCRIPTION | COST |
|:---:|:---|:---:|
| 01/28/17 | Accused products used as visual aids at trial necessary to assist the jury and the Court in understanding the issues at trial ($89.96 plus $50.48) | $140.44 |
| **TOTAL** | | **$140.44** |



## Transactions

Visit www.capitalone.com to see detailed transactions.

**HEIDI AYCOCK #1011: Payments, Credits and Adjustments**

| Date | Description | Amount |
|------|-------------|--------|

**HEIDI AYCOCK #1011: Transactions**

| Date | Description | Amount |
|------|-------------|--------|
| Jan 9 | AT&T*BILL PAYMENT111-111-1111TX | $366.28 |
| Jan 19 | COMCAST CABLE COMM800-COMCASTUT | $120.26 |
| **HEIDI AYCOCK #1011: Total** | | **$486.54** |

**ROBERT E AYCOCK #6319: Transactions**

| Date | Description | Amount |
|------|-------------|--------|
| Jan 14 | PAYPAL *MAVENTECHNO402-935-7733CA | $63.83 |
| Jan 16 | AMAZON MKTPLACE PMTSAMZN.COM/BILLWA | $934.95 |
| Jan 28 | AMAZON MKTPLACE PMTSAMZN.COM/BILLWA | $89.96 |
| Jan 28 | AMAZON MKTPLACE PMTSAMZN.COM/BILLWA | $50.48 |
| Jan 30 | UTAH BIG GAME APP.800-221-0659UT | $60.00 |
| Jan 30 | SQ *UNITED CAB SERVICE GOFort WorthTX | $74.00 |
| Feb 1 | COURTYARD FT WORTHWESTFORT WORTHTX ARRIVE: 02/01/17 | $131.80 |
| **ROBERT E AYCOCK #6319: Total** | | **$1,405.02** |
| **Total Transactions for This Period** | | **$1,891.56** |

$140.44 √out
Unicluss
Switches for Demmelyk