```
Jen-Feng Lee, SBN 204328 (jflee@ltpacificlaw.com)
Kenneth K. Tanji, Jr., SBN 162273 (ktanji@ltpacificlaw.com)
LT PACIFIC LAW GROUP, LLP
17800 Castleton Street, #560
City of Industry, CA 91748
T: 626-810-7200
F: 626-810-7300

Robert Aycock (Admitted Pro Hac Vice) (raycock@pa-law.com)
Joseph G. Pia (Admitted Pro Hac Vice) (joe.pia@pa-law.com)
PIA ANDERSON MOSS HOYT
136 East South Temple, Suite 1900
Salt Lake City, UT 84111
Telephone: (801) 350-9000
Facsimile: (801) 350-9010

Attorneys for Defendants
UNICLASS TECHNOLOGY CO. LTD., ET AL
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATEN INTERNATIONAL, CO. LTD.<br><br>Plaintiff,<br><br>vs.<br><br>UNICLASS TECHNOLOGY CO., LTD., et al.<br><br>Defendants. | No.  2:15-cv-04424-AG<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION TO DECLARE THIS CASE EXCEPTIONAL UNDER 35 U.S.C. § 285**<br><br>*[filed concurrently with Memorandum of Points and Authorities, Declaration of Robert E. Aycock, and [Proposed] Order]*<br><br>Judge: Hon. Andrew J. Guilford |

**PLEASE TAKE NOTICE THAT** Defendants Uniclass Technology Co., Ltd.; Electronic Technology Co., Ltd. of Dongguan Uniclass, Airlink 101, Phoebe Micro, Inc., Broadtech International Co., Ltd., d/b/a Linkskey, Black Box Corporation, and Black Box Corporation of Pennsylvania, hereby move this Court to determine this case execptional and order an award of reasonable attorney fees and expenses, including expenses associated with the present motion, to Defendants under 35 U.S.C. § 285. Defendants' Motion is based upon ATEN's failure to conduct an adequate investigation before filing suit, subsequent unreasonable tactics that unnecessarily increased Defendants' litigation expenses and assertion of infringement and damages positions that had no basis in law or fact.

This motion is made according to the conference of counsel pursuant to L.R. 7-3 which took place on December 18, 2017. This motion is also made following the judgment entered by this Court on December 12, 2017 (Dkt. No. 469) subsequent to a jury trial commencing on September 19, 2017 and concluding on September 28, 2017, and a jury verdict filed on October 4, 2014 (Dkt. 448). The motion is based upon this notice of motion and motion, the attached memorandum of points and authorities, the declaration and other evidence filed concurrently herewith, the pleadings and other records on file in this action and on such further evidence as the Court may consider.

Dated: January 15, 2018

                                                   Respectfully submitted,

                                                   /s/ *Joesph G. Pia*
                                                   Joseph G. Pia
                                                   Robert E. Aycock
                                                   Jen-Feng "Jeff" Lee
                                                   Attorney for Defendants

| | |
|---|---|
| 1 | UNICLASS TECHNOLOGY CO., LTD., ELECTRONIC TECHNOLOGY CO., LTD. OF DONGGUAN UNICLASS, AIRLINK 101, PHOEBE MICRO INC., BROADTECH INTERNATIONAL CO., LTD. D/B/A/ LINKSKEY, BLACK BOX CORPORATION, and BLACK BOX CORPORATION OF PENNSYLVANIA |