# PATENT ASSIGNMENT COVER SHEET

Electronic Version v1.1  
Stylesheet Version v1.2

EPAS ID: PAT2969780

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | ASSIGNMENT |
| SEQUENCE: | 2 |

## CONVEYING PARTY DATA

| Name | Execution Date |
|---|---|
| ATEN TECHNOLOGY, INC. | 08/06/2014 |

## RECEIVING PARTY DATA

| Name: | ATEN INTERNATIONAL CO., LTD. |
|---|---|
| Street Address: | 3F, NO. 125, SEC. 2 |
| Internal Address: | DATONG RD, SIJHIH DISTRICT |
| City: | NEW TAIPEI CITY |
| State/Country: | TAIWAN |
| Postal Code: | 221 |

## PROPERTY NUMBERS Total: 1

| Property Type | Number |
|---|---|
| Patent Number: | 6564275 |

## CORRESPONDENCE DATA

| Fax Number: | (877)769-7945 |
|---|---|

*Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.*

| Phone: | 617 542-5070 |
|---|---|
| Email: | apsi@fr.com |
| Correspondent Name: | WHITNEY REICHEL |
| Address Line 1: | FISH & RICHARDSON P.C. |
| Address Line 2: | P.O. BOX 1022 |
| Address Line 4: | MINNEAPOLIS, MINNESOTA 55440-1022 |

| ATTORNEY DOCKET NUMBER: | 37088-0003LL1 |
|---|---|
| NAME OF SUBMITTER: | NANCY MCCOY |
| SIGNATURE: | /NancyMcCoy/ |
| DATE SIGNED: | 08/06/2014 |

| Total Attachments: 3 |
|---|
| source=Confirmatory Assignment of Patent Rights-signed#page1.tif |
| source=Confirmatory Assignment of Patent Rights-signed#page2.tif |
| source=Confirmatory Assignment of Patent Rights-signed#page3.tif |

Attorney Docket No. 37088-0003LL1

## CONFIRMATORY ASSIGNMENT OF PATENT RIGHTS

WHEREAS, ATEN Technology, Inc., a corporation of the state of California, having a place of business at 19641 Da Vinci, Foothill Ranch, CA 92610 ("ASSIGNOR"), owns certain of the right, title and interest in and to the patents and patent applications listed in the attached Schedule (the "PATENT RIGHTS").

WHEREAS, ATEN International Co., Ltd., a corporation of Taiwan, R.O.C., having a place of business at 3F, No. 125, Sec. 2, Datong Rd., Sijhih District, New Taipei City 221, Taiwan (R.O.C.) ("ASSIGNEE"), owns certain of the right, title and interest in and to the PATENT RIGHTS and, further, is desirous of obtaining the entire right, title and interest in and to the PATENT RIGHTS, including the entire right, title and interest owned by ASSIGNOR.

NOW, THEREFORE, for good and valuable consideration paid by ASSIGNEE to ASSIGNOR, the receipt and sufficiency of which are hereby acknowledged, ASSIGNOR hereby sells, assigns and transfers, and confirms the sale, assignment and transfer of, to ASSIGNEE, its successors and assignees, the entire right, title and interest in and to the PATENT RIGHTS, including the right to sue and recover damages for past infringement thereof.

ASSIGNOR agrees for itself and its successors, legal representatives and assigns, without further compensation, to perform such lawful acts and to sign such further applications, assignments, Preliminary Statements and other lawful documents as the ASSIGNEE may reasonably request to effectuate fully this assignment.

IN TESTIMONY WHEREOF, ASSIGNOR has caused this Assignment to be executed by its duly authorized officer.

ATEN Technology, Inc.

By _[signature]_

Title _Chairman and Director of the Board_

Date ___August 6, 2014___

Attorney Docket No. 37088-0003LL1

ASSIGNEE hereby acknowledges receipt of the entire right, title and interest in and to thePATENT RIGHTS.

ATEN International Co., Ltd.

By _____

Title ___President_____

Date ___August 6, 2014_____

2

Attorney Docket No. 37088-0003LL1

## SCHEDULE OF PATENT RIGHTS

United States Patent No. 6,564,275, issued May 13, 2003, entitled "Electronic Switching Device for a Universal Serial Bus Interface"

United States Patent No. 6,957,287, issued October 18, 2005, entitled "Asynchronous/Synchronous KVMP Switch for Console and Peripheral Devices"

United States Patent No. 7,472,217, issued December 30, 2008, entitled "Asynchronous/Synchronous KVMP Switch for Console and Peripheral Devices Capable of Switching KVM Channels and Peripheral Channels to Common or Different Computers"

# PATENT ASSIGNMENT COVER SHEET

Electronic Version v1.1  
Stylesheet Version v1.2  
EPAS ID: PAT2969785

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | ASSIGNMENT |

### CONVEYING PARTY DATA

| Name | Execution Date |
|---|---|
| ATEN TECHNOLOGY, INC. | 08/06/2014 |

### RECEIVING PARTY DATA

| Name: | ATEN INTERNATIONAL CO., LTD. |
|---|---|
| Street Address: | 3F, NO. 125, SEC. 2 |
| Internal Address: | DATONG ROD., SIJHIH DISTRICT |
| City: | NEW TAIPEI CITY |
| State/Country: | TAIWAN |
| Postal Code: | 221 |

### PROPERTY NUMBERS Total: 2

| Property Type | Number |
|---|---|
| Patent Number: | 6957287 |
| Patent Number: | 7472217 |

### CORRESPONDENCE DATA

| Fax Number: | (877)769-7945 |
|---|---|

*Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.*

| Phone: | 617 542-5070 |
|---|---|
| Email: | apsi@fr.com |
| Correspondent Name: | WHITNEY REICHEL |
| Address Line 1: | FISH & RICHARDSON P.C. |
| Address Line 2: | P.O. BOX 1022 |
| Address Line 4: | MINNEAPOLIS, MINNESOTA 55440-1022 |

| ATTORNEY DOCKET NUMBER: | 37088-0003LL1 |
|---|---|
| NAME OF SUBMITTER: | NANCY MCCOY |
| SIGNATURE: | /Nancy McCoy/ |
| DATE SIGNED: | 08/06/2014 |

Total Attachments: 3  
source=Confirmatory Assignment of Patent Rights-signed#page1.tif  
source=Confirmatory Assignment of Patent Rights-signed#page2.tif  
source=Confirmatory Assignment of Patent Rights-signed#page3.tif

Attorney Docket No. 37088-0003LL1

# CONFIRMATORY ASSIGNMENT OF PATENT RIGHTS

WHEREAS, ATEN Technology, Inc., a corporation of the state of California, having a place of business at 19641 Da Vinci, Foothill Ranch, CA 92610 ("ASSIGNOR"), owns certain of the right, title and interest in and to the patents and patent applications listed in the attached Schedule (the "PATENT RIGHTS").

WHEREAS, ATEN International Co., Ltd., a corporation of Taiwan, R.O.C., having a place of business at 3F, No. 125, Sec. 2, Datong Rd., Sijhih District, New Taipei City 221, Taiwan (R.O.C.) ("ASSIGNEE"), owns certain of the right, title and interest in and to the PATENT RIGHTS and, further, is desirous of obtaining the entire right, title and interest in and to the PATENT RIGHTS, including the entire right, title and interest owned by ASSIGNOR.

NOW, THEREFORE, for good and valuable consideration paid by ASSIGNEE to ASSIGNOR, the receipt and sufficiency of which are hereby acknowledged, ASSIGNOR hereby sells, assigns and transfers, and confirms the sale, assignment and transfer of, to ASSIGNEE, its successors and assignees, the entire right, title and interest in and to the PATENT RIGHTS, including the right to sue and recover damages for past infringement thereof.

ASSIGNOR agrees for itself and its successors, legal representatives and assigns, without further compensation, to perform such lawful acts and to sign such further applications, assignments, Preliminary Statements and other lawful documents as the ASSIGNEE may reasonably request to effectuate fully this assignment.

IN TESTIMONY WHEREOF, ASSIGNOR has caused this Assignment to be executed by its duly authorized officer.

ATEN Technology, Inc.

By _____

Title _Chairman and Director of the Board_

Date ___August 6, 2014_____

**PATENT
REEL: 033472 FRAME: 0624**

Attorney Docket No. 37088-0003LL1

ASSIGNEE hereby acknowledges receipt of the entire right, title and interest in and to thePATENT RIGHTS.

ATEN International Co., Ltd.

By _____

Title ___President_____

Date __August 6, 2014_____

2

Attorney Docket No. 37088-0003LL1

## SCHEDULE OF PATENT RIGHTS

United States Patent No. 6,564,275, issued May 13, 2003, entitled "Electronic Switching Device for a Universal Serial Bus Interface"

United States Patent No. 6,957,287, issued October 18, 2005, entitled "Asynchronous/Synchronous KVMP Switch for Console and Peripheral Devices"

United States Patent No. 7,472,217, issued December 30, 2008, entitled "Asynchronous/Synchronous KVMP Switch for Console and Peripheral Devices Capable of Switching KVM Channels and Peripheral Channels to Common or Different Computers"