Thursday, August 31, 2017 at 4:33:29 PM Mountain Daylight Time

**Subject:**   FW: '112 Accused Product Photos
**Date:**   Tuesday, August 29, 2017 at 3:25:24 PM Mountain Daylight Time
**From:**   Joseph Pia
**To:**   William Chadwick
**Attachments:** image001.png, Screenshot 2016-08-23 17.55.25.png, PDF.pdf

---

**From:** Joseph Pia <Joe.pia@pa-law.com>
**Date:** Tuesday, August 23, 2016 at 10:30 PM
**To:** Timothy Devlin <tdevlin@devlinlawfirm.com>, Michael Siem <msiem@devlinlawfirm.com>
**Cc:** Robert Aycock <RAycock@pa-law.com>, Jeff Lee <jflee@ltpacificlaw.com>
**Subject:** '112 Accused Product Photos

Tim,

Per our discussions regarding the '112 patent accused products, please see the attached images.  This is the first of several emails that I will forward with images because of their size.

Joe



**PIA ANDERSON MOSS HOYT**
Salt Lake City:  136 E. South Temple, 19th Floor, Salt Lake City, UT 84111
Dallas: 904 Meadow Lane, Southlake, TX 76051
P. 801-350-9000    F. 801-350-9010    Asst. 801-350-9014
www.PAMHLAW.com

1
2
3
4
5
6
7


Top and front side view


Bottom view

8
9
10
11
12
13
14
15



16   Expanded disassembled view

17   As shown in these pictures, the accused products are a box style switch

18   that include rigid plastic walls that enclose a circuit and are assembled with



















Thursday, August 31, 2017 at 4:42:59 PM Mountain Daylight Time

**Subject:** FW: '112 Accused Product Photos

**Date:** Tuesday, August 29, 2017 at 3:23:52 PM Mountain Daylight Time

**From:** Joseph Pia

**To:** William Chadwick

**Attachments:** QQ图片20160219175126.pdf, QQ图片20160219175207.pdf, QQ图片20160219175228.pdf

---

**From:** Joseph Pia <Joe.pia@pa-law.com>
**Date:** Tuesday, August 23, 2016 at 10:35 PM
**To:** Timothy Devlin <tdevlin@devlinlawfirm.com>, Michael Siem <msiem@devlinlawfirm.com>
**Cc:** Robert Aycock <RAycock@pa-law.com>, Jeff Lee <jflee@ltpacificlaw.com>
**Subject:** Re: '112 Accused Product Photos

Email #2.

---

**From:** Joseph Pia
**Date:** Tuesday, August 23, 2016 at 9:31 PM
**To:** Timothy Devlin, Michael Siem
**Cc:** Robert Aycock, Jeff Lee
**Subject:** '112 Accused Product Photos

Tim,

Per our discussions regarding the '112 patent accused products, please see the attached images.  This is the first of several emails that I will forward with images because of their size.

Joe

**PIA ANDERSON MOSS HOYT**
Salt Lake City:  136 E. South Temple, 19th Floor, Salt Lake City, UT 84111
Dallas: 904 Meadow Lane, Southlake, TX 76051
P. 801-350-9000     F. 801-350-9010    Asst. 801-350-9014
www.PAMHLAW.com







Thursday, August 31, 2017 at 4:49:54 PM Mountain Daylight Time

**Subject:** FW: '112 Accused Product Photos

**Date:** Tuesday, August 29, 2017 at 3:23:27 PM Mountain Daylight Time

**From:** Joseph Pia

**To:** William Chadwick

**Attachments:** image001.png, QQ图片20160219175215.pdf, QQ图片20160219175141.pdf, QQ图片20160219175151.pdf

---

**From:** Joseph Pia <Joe.pia@pa-law.com>
**Date:** Tuesday, August 23, 2016 at 10:37 PM
**To:** Timothy Devlin <tdevlin@devlinlawfirm.com>, Michael Siem <msiem@devlinlawfirm.com>
**Cc:** Robert Aycock <RAycock@pa-law.com>, Jeff Lee <jflee@ltpacificlaw.com>
**Subject:** Re: '112 Accused Product Photos

Email #3.

---

**From:** Joseph Pia
**Date:** Tuesday, August 23, 2016 at 9:31 PM
**To:** Timothy Devlin, Michael Siem
**Cc:** Robert Aycock, Jeff Lee
**Subject:** '112 Accused Product Photos

Tim,

Per our discussions regarding the '112 patent accused products, please see the attached images.  This is the first of several emails that I will forward with images because of their size.

Joe



**PIA ANDERSON MOSS HOYT**
Salt Lake City:  136 E. South Temple, 19th Floor, Salt Lake City, UT 84111
Dallas: 904 Meadow Lane, Southlake, TX 76051
P. 801-350-9000    F. 801-350-9010    Asst. 801-350-9014
www.PAMHLAW.com







Thursday, August 31, 2017 at 4:55:38 PM Mountain Daylight Time

**Subject:** FW: '112 Accused Product Photos
**Date:** Tuesday, August 29, 2017 at 3:23:00 PM Mountain Daylight Time
**From:** Joseph Pia
**To:** William Chadwick
**Attachments:** image001.png, PDF.pdf

---

**From:** Joseph Pia <Joe.pia@pa-law.com>
**Date:** Tuesday, August 23, 2016 at 10:46 PM
**To:** Timothy Devlin <tdevlin@devlinlawfirm.com>, Michael Siem <msiem@devlinlawfirm.com>
**Cc:** Robert Aycock <RAycock@pa-law.com>, Jeff Lee <jflee@ltpacificlaw.com>
**Subject:** Re: '112 Accused Product Photos

Email #4.

---

**From:** Joseph Pia
**Date:** Tuesday, August 23, 2016 at 9:38 PM
**To:** Timothy Devlin, Michael Siem
**Cc:** Robert Aycock, Jeff Lee
**Subject:** Re: '112 Accused Product Photos

Email #3.

---

**From:** Joseph Pia
**Date:** Tuesday, August 23, 2016 at 9:31 PM
**To:** Timothy Devlin, Michael Siem
**Cc:** Robert Aycock, Jeff Lee
**Subject:** '112 Accused Product Photos

Tim,

Per our discussions regarding the '112 patent accused products, please see the attached images.  This is the first of several emails that I will forward with images because of their size.

Joe



**PIA ANDERSON MOSS HOYT**
Salt Lake City:  136 E. South Temple, 19th Floor, Salt Lake City, UT 84111
Dallas: 904 Meadow Lane, Southlake, TX 76051
P. 801-350-9000     F. 801-350-9010    Asst. 801-350-9014
www.PAMHLAW.com





USB-TA2





Thursday, August 31, 2017 at 5:02:13 PM Mountain Daylight Time

**Subject:**     FW: '112 Accused Product Photos
**Date:**        Tuesday, August 29, 2017 at 3:22:29 PM Mountain Daylight Time
**From:**        Joseph Pia
**To:**          William Chadwick
**Attachments:** image001.png, PDF.pdf

---

**From:** Joseph Pia <Joe.pia@pa-law.com>
**Date:** Tuesday, August 23, 2016 at 10:49 PM
**To:** Timothy Devlin <tdevlin@devlinlawfirm.com>, Michael Siem <msiem@devlinlawfirm.com>
**Cc:** Robert Aycock <RAycock@pa-law.com>, Jeff Lee <jflee@ltpacificlaw.com>
**Subject:** Re: '112 Accused Product Photos

Email #5.

---

**From:** Joseph Pia
**Date:** Tuesday, August 23, 2016 at 9:47 PM
**To:** Timothy Devlin, Michael Siem
**Cc:** Robert Aycock, Jeff Lee
**Subject:** Re: '112 Accused Product Photos

Email #4.

---

**From:** Joseph Pia
**Date:** Tuesday, August 23, 2016 at 9:38 PM
**To:** Timothy Devlin, Michael Siem
**Cc:** Robert Aycock, Jeff Lee
**Subject:** Re: '112 Accused Product Photos

Email #3.

---

**From:** Joseph Pia
**Date:** Tuesday, August 23, 2016 at 9:36 PM
**To:** Timothy Devlin, Michael Siem
**Cc:** Robert Aycock, Jeff Lee
**Subject:** Re: '112 Accused Product Photos

Email #2.

---

**From:** Joseph Pia
**Date:** Tuesday, August 23, 2016 at 9:31 PM
**To:** Timothy Devlin, Michael Siem
**Cc:** Robert Aycock, Jeff Lee
**Subject:** '112 Accused Product Photos

Tim,

Per our discussions regarding the '112 patent accused products, please see the attached images.  This is the first of several emails that I will forward with images because of their size.

Joe



**PIA ANDERSON MOSS HOYT**
Salt Lake City:  136 E. South Temple, 19th Floor, Salt Lake City, UT 84111
Dallas: 904 Meadow Lane, Southlake, TX 76051
P. 801-350-9000    F. 801-350-9010    Asst. 801-350-9014
www.PAMHLAW.com









UDP-TA2

Thursday, August 31, 2017 at 5:08:11 PM Mountain Daylight Time

**Subject:**     FW: '112 Accused Product Photos
**Date:**        Tuesday, August 29, 2017 at 3:22:01 PM Mountain Daylight Time
**From:**        Joseph Pia
**To:**          William Chadwick
**Attachments:** PDF.pdf

---

**From:** Joseph Pia <Joe.pia@pa-law.com>
**Date:** Tuesday, August 23, 2016 at 10:51 PM
**To:** Timothy Devlin <tdevlin@devlinlawfirm.com>, Michael Siem <msiem@devlinlawfirm.com>
**Cc:** Robert Aycock <RAycock@pa-law.com>, Jeff Lee <jflee@ltpacificlaw.com>
**Subject:** Re: '112 Accused Product Photos

Email #6.

---

**From:** Joseph Pia
**Date:** Tuesday, August 23, 2016 at 9:50 PM
**To:** Timothy Devlin, Michael Siem
**Cc:** Robert Aycock, Jeff Lee
**Subject:** Re: '112 Accused Product Photos

Email #5.

---

**From:** Joseph Pia
**Date:** Tuesday, August 23, 2016 at 9:47 PM
**To:** Timothy Devlin, Michael Siem
**Cc:** Robert Aycock, Jeff Lee
**Subject:** Re: '112 Accused Product Photos

Email #4.

---

**From:** Joseph Pia
**Date:** Tuesday, August 23, 2016 at 9:38 PM
**To:** Timothy Devlin, Michael Siem
**Cc:** Robert Aycock, Jeff Lee
**Subject:** Re: '112 Accused Product Photos

Email #3.

---

**From:** Joseph Pia
**Date:** Tuesday, August 23, 2016 at 9:36 PM
**To:** Timothy Devlin, Michael Siem
**Cc:** Robert Aycock, Jeff Lee
**Subject:** Re: '112 Accused Product Photos

Email #2.

**From:** Joseph Pia
**Date:** Tuesday, August 23, 2016 at 9:31 PM
**To:** Timothy Devlin, Michael Siem
**Cc:** Robert Aycock, Jeff Lee
**Subject:** '112 Accused Product Photos

Tim,

Per our discussions regarding the '112 patent accused products, please see the attached images. This is the first of several emails that I will forward with images because of their size.

Joe



**PIA ANDERSON MOSS HOYT**
Salt Lake City:  136 E. South Temple, 19th Floor, Salt Lake City, UT 84111
Dallas: 904 Meadow Lane, Southlake, TX 76051
P. 801-350-9000     F. 801-350-9010    Asst. 801-350-9014
www.PAMHLAW.com









Thursday, August 31, 2017 at 5:12:12 PM Mountain Daylight Time

**Subject:** FW: '112 Accused Product Photos
**Date:** Tuesday, August 29, 2017 at 3:21:36 PM Mountain Daylight Time
**From:** Joseph Pia
**To:** William Chadwick
**Attachments:** image001.png, UDV-TA2-1.jpeg, UDV-TA2-2.JPG, UDV-TA2-3.JPG, UDV-TA2-4.JPG

---

**From:** Joseph Pia <Joe.pia@pa-law.com>
**Date:** Tuesday, August 23, 2016 at 10:55 PM
**To:** Timothy Devlin <tdevlin@devlinlawfirm.com>, Michael Siem <msiem@devlinlawfirm.com>
**Cc:** Robert Aycock <RAycock@pa-law.com>, Jeff Lee <jflee@ltpacificlaw.com>
**Subject:** Re: '112 Accused Product Photos

Email #7.  Last email.

Tim,

The images show that the accused products do not infringe under the Court's claim construction order.  We re-request that the '112 patent be dropped.  Please confirm.



**PIA ANDERSON MOSS HOYT**
Salt Lake City:  136 E. South Temple, 19th Floor, Salt Lake City, UT 84111
Dallas: 904 Meadow Lane, Southlake, TX 76051
P. 801-350-9000    F. 801-350-9010    Asst. 801-350-9014
www.PAMHLAW.com

---

**From:** Joseph Pia
**Date:** Tuesday, August 23, 2016 at 9:52 PM
**To:** Timothy Devlin, Michael Siem
**Cc:** Robert Aycock, Jeff Lee
**Subject:** Re: '112 Accused Product Photos

Email #6.

---

**From:** Joseph Pia
**Date:** Tuesday, August 23, 2016 at 9:50 PM
**To:** Timothy Devlin, Michael Siem
**Cc:** Robert Aycock, Jeff Lee
**Subject:** Re: '112 Accused Product Photos

Email #5.

---

**From:** Joseph Pia
**Date:** Tuesday, August 23, 2016 at 9:47 PM
**To:** Timothy Devlin, Michael Siem
**Cc:** Robert Aycock, Jeff Lee
**Subject:** Re: '112 Accused Product Photos

Email #4.

---

**From:** Joseph Pia
**Date:** Tuesday, August 23, 2016 at 9:38 PM
**To:** Timothy Devlin, Michael Siem
**Cc:** Robert Aycock, Jeff Lee
**Subject:** Re: '112 Accused Product Photos

Email #3.

---

**From:** Joseph Pia
**Date:** Tuesday, August 23, 2016 at 9:36 PM
**To:** Timothy Devlin, Michael Siem
**Cc:** Robert Aycock, Jeff Lee
**Subject:** Re: '112 Accused Product Photos

Email #2.

---

**From:** Joseph Pia
**Date:** Tuesday, August 23, 2016 at 9:31 PM
**To:** Timothy Devlin, Michael Siem
**Cc:** Robert Aycock, Jeff Lee
**Subject:** '112 Accused Product Photos

Tim,

Per our discussions regarding the '112 patent accused products, please see the attached images.  This is the first of several emails that I will forward with images because of their size.

Joe



**PIA ANDERSON MOSS HOYT**
Salt Lake City:  136 E. South Temple, 19th Floor, Salt Lake City, UT 84111
Dallas: 904 Meadow Lane, Southlake, TX 76051
P. 801-350-9000      F. 801-350-9010    Asst. 801-350-9014
www.PAMHLAW.com









UDV-TA2

Thursday, August 31, 2017 at 4:18:42 PM Mountain Daylight Time

**Subject:**   FW: '112 Accused Product Photos
**Date:**   Tuesday, August 29, 2017 at 3:20:47 PM Mountain Daylight Time
**From:**   Joseph Pia
**To:**   William Chadwick
**Attachments:** image001.png

Correspondence:

---

**From:** Joseph Pia <Joe.pia@pa-law.com>
**Date:** Friday, August 26, 2016 at 7:38 AM
**To:** Michael Siem <msiem@devlinlawfirm.com>, Timothy Devlin <tdevlin@devlinlawfirm.com>
**Cc:** Robert Aycock <RAycock@pa-law.com>, Jeff Lee <jflee@ltpacificlaw.com>
**Subject:** Re: '112 Accused Product Photos

Michael,

We understand the answer to your question to be yes. We will update this response if needed. In the meantime, we are not aware of any accused products that differ from those represented in the images. Uniclass has already spent considerable time on invalidity contentions and should not need to spend any more time or effort preparing for depositions on this patent since there is no basis to maintain it in the suit.

Today, will you please either (1) send us images or product numbers for any products that you contend are still infringed by the '112 patent, or (2) drop the patent from this case.

My notes show that we were having these conversations with you from at least May 2016 requesting that the 112 patent be dropped, and prior to your involvement we had these conversations with Aten's former counsel for nearly a year. Be aware that we have been and continue to prepare our witnesses on the '112 patent and are preparing a dispositive motion on this patent. These unnecessary costs could be assessed against Aten.

Now is the time to drop the patent to avoid additional time and expense being wasted by Uniclass and the Court. Uniclass reserves its right to seek fees and costs on the '112 patent for work prior to this time.

Please confirm.

Joe



**PIA ANDERSON MOSS HOYT**
Salt Lake City: 136 E. South Temple, 19th Floor, Salt Lake City, UT 84111
Dallas: 904 Meadow Lane, Southlake, TX 76051
P. 801-350-9000     F. 801-350-9010     Asst. 801-350-9014
www.PAMHLAW.com

**From:** Michael Siem
**Date:** Wednesday, August 24, 2016 at 12:14 PM
**To:** Joseph Pia, Timothy Devlin
**Cc:** Robert Aycock, Jeff Lee
**Subject:** RE: '112 Accused Product Photos

Joe,

It looks like the only one that we do not have information on is UAH-TA2.  Is that one of the QQ product?

Michael

**From:** Michael Siem
**Sent:** Wednesday, August 24, 2016 2:48 PM
**To:** 'Joseph Pia' <JPia@pamhlaw.com>; Timothy Devlin <tdevlin@devlinlawfirm.com>
**Cc:** Robert Aycock <RAycock@pamhlaw.com>; Jeff Lee <jflee@ltpacificlaw.com>
**Subject:** RE: '112 Accused Product Photos

Joe,

There are two products in Chinese – QQ products. Do you have a corresponding US number?  These were in email 2 and 3.

Thanks,

Michael

**From:** Joseph Pia [mailto:JPia@pamhlaw.com]
**Sent:** Wednesday, August 24, 2016 12:36 AM
**To:** Timothy Devlin <tdevlin@devlinlawfirm.com>; Michael Siem <msiem@devlinlawfirm.com>
**Cc:** Robert Aycock <RAycock@pamhlaw.com>; Jeff Lee <jflee@ltpacificlaw.com>
**Subject:** Re: '112 Accused Product Photos

Email #2.

**From:** Joseph Pia
**Date:** Tuesday, August 23, 2016 at 9:31 PM
**To:** Timothy Devlin, Michael Siem
**Cc:** Robert Aycock, Jeff Lee
**Subject:** '112 Accused Product Photos

Tim,

Per our discussions regarding the '112 patent accused products, please see the attached images.  This is the first of several emails that I will forward with images because of their size.

Joe

**PIA ANDERSON MOSS HOYT**
Salt Lake City:  136 E. South Temple, 19th Floor, Salt Lake City, UT 84111
Dallas: 904 Meadow Lane, Southlake, TX 76051
P. 801-350-9000     F. 801-350-9010     Asst. 801-350-9014
www.PAMHLAW.com