FORM 1. Notice of Appeal to the United States Court of Appeals for the Federal Circuit from a Judgment or Order of a UNITED STATES DISTRICT COURT

Form 1
Rev. 03/16

# United States District Court

for the

Central **District of** California

ATEN International Co., Ltd., Plaintiff,

v.  Case No. 2:15-cv-04424-AG-AJW

Uniclass Technology Co., Ltd., Defendant.

## NOTICE OF APPEAL

Notice is hereby given that  all Defendants  (name all parties * taking the appeal) in the above named case hereby appeal to the United States Court of Appeals for the Federal Circuit  Order denying Motion for Exceptional Case Determination (Dkt. 489)  (from the final judgment) ((from an order) (describe the order)) entered in this action on  March 30, 2018

/s/ Joseph G. Pia

(Signature of appellant or attorney)

Joseph G. Pia

136 E. South Temple, 19th Floor

Salt Lake City, UT 84111

joe.pia@pamhlaw.com

(Address of appellant or attorney and e-mail address)

*See Fed. R. App. P. 3(c) for permissible ways of identifying appellants.